```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Noticing AUSA CR TP/SR (usafls.transferprob@usdoj.gov), Magistrate
Judge Lisette M. Reid (reid@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:25026479@flsd.uscourts.gov
Subject:Activity in Case 1:24-mj-04544-LMR USA v. Alexander Motion for Miscellaneous
Relief
Content−Type: text/html
```

# U.S. District Court

# Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 12/12/2024 at 10:47 AM EST and filed on 12/11/2024

| | |
|---|---|
| **Case Name:** | USA v. Alexander |
| **Case Number:** | [1:24−mj−04544−LMR](#) |
| **Filer:** | |
| **Document Number:** | 3(No document attached) |

**Docket Text:**
 **ORAL MOTION for Pretrial Detention hearing by Tal Alexander. (kan)**


**1:24−mj−04544−LMR−1 Notice has been electronically mailed to:**

Noticing AUSA CR TP/SR &nbsp &nbsp Usafls.transferprob@usdoj.gov

**1:24−mj−04544−LMR−1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1−888−318−2260.:**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 24-MJ-4544-REID(SEALED)

UNITED STATES OF AMERICA,
    Plaintiff,

V.

Tal Alexander,
    Defendant(s).
_____/

## ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 12/11/2024

_____
**Lisette Marie Reid**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-MJ-4544-REID

UNITED STATES OF AMERICA,
    Plaintiff,

v.

**NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL**

Tal Alexander

    Defendant.
_____/

COMES NOW _____Joel Denaro_____ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): Joel Denaro

Counsel's Signature: _[signed]_

Address (include City/State/Zip Code):
1000 Brickell Ave Suite 201
Miami Fla 33131

Telephone: 305-371-1883    Florida Bar Number: 0164460

Date: Dec 11, 2024

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Noticing AUSA CR TP/SR (usafls.transferprob@usdoj.gov), Joel M.
Denaro (jdenaro@joeldenarolaw.com), Magistrate Judge Lisette M. Reid
(reid@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:25026608@flsd.uscourts.gov
Subject:Activity in Case 1:24-mj-04544-LMR USA v. Alexander Motion to Continue
```
Content−Type: text/html

# U.S. District Court

## Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 12/12/2024 at 11:04 AM EST and filed on 12/11/2024

| | |
|---|---|
| **Case Name:** | USA v. Alexander |
| **Case Number:** | 1:24−mj−04544−LMR |
| **Filer:** | |
| **Document Number:** | 6(No document attached) |

**Docket Text:**
ORAL DEFENDANT'S MOTION to have PTD hearing on Friday by Tal Alexander. (kan)

**1:24−mj−04544−LMR−1 Notice has been electronically mailed to:**

Noticing AUSA CR TP/SR &nbsp &nbsp Usafls.transferprob@usdoj.gov

Joel M. Denaro &nbsp &nbsp jdenaro@joeldenarolaw.com

**1:24−mj−04544−LMR−1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1−888−318−2260.:**

# MINUTE ORDER

Page 8

## Magistrate Judge Lisette Marie Reid

Atkins Building Courthouse - 3rd Floor          Date: 12/11/2024  Time: 1:00 p.m.

Defendant: **Tal Alexander**            J#: 50978-511       Case #: 24-MJ-4544-REID(SEALED)

AUSA: Ali Comolli                       Attorney: Joel Denaro - Temp

Violation: SD NY/WARRANT/INDICTMENT/Conspiracy to Commit Sex Trafficking by Force, Fraud & Coercion and Sex Trafficking by Force, Fraud, Coercion & Aiding and Abetting same

Surr/Arrest Date: 12/11/24   YOB: 1986

Proceeding: Initial Appearance                    CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No       Recommended Bond:

Bond Set at:                                       Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
    Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
**Rec AUSA Indictment to remain SEALED**
- Deft sworn
- Deft advised of rights & charges
- Gov't's motion to unseal case GRANTED
- PTD requested by Gov't: Risk of flight & Danger to the community
- Deft's Oral motion to have PTD hrg on Friday GRANTED
- Brady Order given

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE  Date:     Time:     Judge:         Place:

Report RE Counsel:
(PTD)/Bond Hearing: 12/13   1:00   Duty   Miami
Prelim/Arraign or (Removal):
Status Conference RE:
D.A.R. 13:27:10                    Time in Court: 10 minutes

s/Lisette Marie Reid                               Magistrate Judge

21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 24 - MJ - 4544

UNITED STATES OF AMERICA,

v.

TAL ALEXANDER,

     *Defendant*.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

     In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of MILT WILLIAMS of the law firm of WALDEN MACHT HARAN & WILLIAMS LLP, 250 Vesey Street 27th Floor, New York, New York 10281 (212) 335-2035, for purposes of appearance as co-counsel on behalf of Tal ALEXANDER in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit MILT WILLIAMS to receive electronic filings in this case, and in support thereof states as follows:

1.     MILT WILLIAMS is not admitted to practice in the Southern District of Florida and is a member in good standing of the United States District Court for the Southern District of New York.

2.     Movant, JOEL M. DENARO, of the law firm of JOEL DENARO P.A., 1000 Brickell Ave, Miami, FL 33131 (305) 371-1883, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through

the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.  In accordance with the local rules of this Court, MILT WILLIAMS has made payment of this Court's $250.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.  MILT WILLIAMS, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to his email address: mwilliams@wmhwlaw.com.

WHEREFORE, JOEL M. DENARO, moves this Court to enter an Order for MILT WILLIAMS, to appear before this Court on behalf of Tal ALEXANDER, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to him at the above email address.

Date: December 12, 2024                                         Respectfully submitted,

                                                                JOEL M. DENARO
                                                                FL Bar #164460
                                                                Law Offices of Joel Denaro
                                                                1000 Brickell Avenue, Suite 201
                                                                Miami, Florida 33131
                                                                (305) 371-1883

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 24 - MJ - 4544

UNITED STATES OF AMERICA,

v.

TAL ALEXANDER,

    *Defendant*.
_____/

**CERTIFICATION OF MILT WILLIAMS**

MILT WILLIAMS, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the United States District Court for the Southern District of New York; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                MILT WILLIAMS
                                                NY Bar No.  2107274
                                                WALDENMACHT HARAN & WILLIAMS LLP
                                                250 Vesey Street 27th Floor
                                                New York, New York 10281
                                                (212) 335-2035

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 24 - MJ - 4544

UNITED STATES OF AMERICA,

v.

TAL ALEXANDER,

      *Defendant*.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

      In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of DEANNA PAUL of the law firm of WALDEN MACHT HARAN & WILLIAMS LLP, 250 Vesey Street 27th Floor, New York, New York 10281 (212) 335-2035, for purposes of appearance as co-counsel on behalf of Tal ALEXANDER in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit DEANNA PAUL to receive electronic filings in this case, and in support thereof states as follows:

1.      DEANNA PAUL is not admitted to practice in the Southern District of Florida and is a member in good standing of the United States District Court for the Southern District of New York.

2.      Movant, JOEL M. DENARO, of the law firm of JOEL DENARO P.A., 1000 Brickell Ave, Miami, FL 33131 (305) 371-1883, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through

25

the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, DEANNA PAUL has made payment of this Court's $250.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. DEANNA PAUL, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to the following email address: DPaul@wmhwlaw.com.

WHEREFORE, JOEL M. DENARO, moves this Court to enter an Order for DEANNA PAUL, to appear before this Court on behalf of Tal ALEXANDER, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to the above email address.

Date: December 12, 2024                                            Respectfully submitted,

                                                                   JOEL M. DENARO
                                                                   FL Bar #164460
                                                                   Law Offices of Joel Denaro
                                                                   1000 Brickell Avenue, Suite 201
                                                                   Miami, Florida 33131
                                                                   (305) 371-1883

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 24 - MJ - 4544

UNITED STATES OF AMERICA,

v.

TAL ALEXANDER,

    *Defendant*.

_____/

**CERTIFICATION OF DEANNA PAUL**

DEANNA PAUL, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the United States District Court for the Southern District of New York; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                DEANNA PAUL
                                                NY Bar No.  4992665
                                                WALDENMACHT HARAN & WILLIAMS LLP
                                                250 Vesey Street 27th Floor
                                                New York, New York 10281
                                                (212) 335-2035

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Milton L. Williams (mwilliams@wmhlaw.com), Noticing AUSA CR TP/SR
(usafls.transferprob@usdoj.gov), Joel M. Denaro (jdenaro@joeldenarolaw.com), Deanna Paul
(dpaul@wmhwlaw.com), Magistrate Judge Lisette M. Reid (reid@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:25030644@flsd.uscourts.gov
Subject:Activity in Case 1:24-mj-04544-LMR USA v. Alexander Add Attorneys
```
Content−Type: text/html

# U.S. District Court

## Southern District of Florida

**Notice of Electronic Filing**

The following transaction was entered on 12/13/2024 at 10:04 AM EST and filed on 12/13/2024

| | |
|---|---|
| **Case Name:** | USA v. Alexander |
| **Case Number:** | 1:24−mj−04544−LMR |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Attorney update in case as to Tal Alexander. Attorney Deanna Paul, Milton L. Williams for Tal Alexander added (pt)**


**1:24−mj−04544−LMR−1 Notice has been electronically mailed to:**

Noticing AUSA CR TP/SR &nbsp &nbsp Usafls.transferprob@usdoj.gov

Deanna Paul &nbsp &nbsp DPaul@wmhwlaw.com

Joel M. Denaro &nbsp &nbsp jdenaro@joeldenarolaw.com

Milton L. Williams &nbsp &nbsp mwilliams@wmhlaw.com

**1:24−mj−04544−LMR−1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1−888−318−2260.:**

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Joel M. Denaro (jdenaro@joeldenarolaw.com), Noticing AUSA CR TP/SR
(usafls.transferprob@usdoj.gov), Deanna Paul (dpaul@wmhwlaw.com), Milton L. Williams
(mwilliams@wmhlaw.com), Magistrate Judge Lisette M. Reid (reid@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:25031020@flsd.uscourts.gov
Subject:Activity in Case 1:24-mj-04544-LMR USA v. Alexander Order on Motion to Appear Pro
Hac Vice
Content-Type: text/html
```

## U.S. District Court

## Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 12/13/2024 at 10:49 AM EST and filed on 12/13/2024

| | |
|---|---|
| **Case Name:** | USA v. Alexander |
| **Case Number:** | [1:24−mj−04544−LMR](#) |
| **Filer:** | |
| **Document Number:** | 10(No document attached) |

**Docket Text:**
**PAPERLESS ORDER denying [8] Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Milt Williams as to Tal Alexander. Counsel seeking Pro Hac Vice admission failed to sign his Certification. The Motion may be refiled. Signed by Magistrate Judge Lisette M. Reid on 12/13/2024. (ari)**


**1:24−mj−04544−LMR−1 Notice has been electronically mailed to:**

Joel M. Denaro     jdenaro@joeldenarolaw.com

Noticing AUSA CR TP/SR     Usafls.transferprob@usdoj.gov

Milton L. Williams     mwilliams@wmhlaw.com

Deanna Paul     DPaul@wmhwlaw.com

**1:24−mj−04544−LMR−1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1−888−318−2260.:**

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Milton L. Williams (mwilliams@wmhlaw.com), Noticing AUSA CR TP/SR
(usafls.transferprob@usdoj.gov), Joel M. Denaro (jdenaro@joeldenarolaw.com), Deanna Paul
(dpaul@wmhwlaw.com), Magistrate Judge Lisette M. Reid (reid@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:25031042@flsd.uscourts.gov
Subject:Activity in Case 1:24-mj-04544-LMR USA v. Alexander Order on Motion to Appear Pro
Hac Vice
```
Content−Type: text/html

## U.S. District Court

## Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 12/13/2024 at 10:52 AM EST and filed on 12/13/2024

| | |
|---|---|
| **Case Name:** | USA v. Alexander |
| **Case Number:** | 1:24−mj−04544−LMR |
| **Filer:** | |
| **Document Number:** | 11(No document attached) |

**Docket Text:**
**PAPERLESS ORDER denying [9] Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Deanna Paul as to Tal Alexander. Counsel seeking Pro Hac Vice admission failed to sign her Certification. The Motion may be refiled. Signed by Magistrate Judge Lisette M. Reid on 12/13/2024. (ari)**

**1:24−mj−04544−LMR−1 Notice has been electronically mailed to:**

Joel M. Denaro     jdenaro@joeldenarolaw.com

Noticing AUSA CR TP/SR     Usafls.transferprob@usdoj.gov

Milton L. Williams     mwilliams@wmhlaw.com

Deanna Paul     DPaul@wmhwlaw.com

**1:24−mj−04544−LMR−1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1−888−318−2260.:**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 24 - MJ - 4544

UNITED STATES OF AMERICA,

v.

TAL ALEXANDER,

    *Defendant*.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of DEANNA PAUL of the law firm of WALDEN MACHT HARAN & WILLIAMS LLP, 250 Vesey Street 27th Floor, New York, New York 10281 (212) 335-2035, for purposes of appearance as co-counsel on behalf of Tal ALEXANDER in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit DEANNA PAUL to receive electronic filings in this case, and in support thereof states as follows:

1.    DEANNA PAUL is not admitted to practice in the Southern District of Florida and is a member in good standing of the United States District Court for the Southern District of New York.

2.    Movant, JOEL M. DENARO, of the law firm of JOEL DENARO P.A., 1000 Brickell Ave, Miami, FL 33131 (305) 371-1883, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through

31

the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, DEANNA PAUL has made payment of this Court's $250.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. DEANNA PAUL, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to the following email address: DPaul@wmhwlaw.com.

WHEREFORE, JOEL M. DENARO, moves this Court to enter an Order for DEANNA PAUL, to appear before this Court on behalf of Tal ALEXANDER, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to the above email address.

Date: December 12, 2024                                              Respectfully submitted,

                                                                     JOEL M. DENARO
                                                                     FL Bar #164460
                                                                     Law Offices of Joel Denaro
                                                                     1000 Brickell Avenue, Suite 201
                                                                     Miami, Florida 33131
                                                                     (305) 371-1883