USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                  :

UNITED STATES OF AMERICA,            :

                    -against-                            :           24-CR-676 (VEC)

TAL ALEXANDER,                          :           <u>ORDER</u>

                           Defendant.           :

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on December 11, 2024, a superseding indictment was returned in the Southern District of New York ("S.D.N.Y.") naming Alon Alexander, Oren Alexander, and Tal Alexander as defendants, *see* S.D.N.Y. Dkt. 3;[1]

       WHEREAS that same day, Tal Alexander was arrested and presented before Magistrate Judge Lisette M. Reid of the United States District Court for the Southern District of Florida ("S.D. Fla.") pursuant to Rule 5(c)(3) of the Federal Rules of Criminal Procedure, *see United States v. Alexander*, 1:24-mj-4544 (S.D. Fla. Dec. 11, 2024), at S.D. Fla. Dkt. 7;

       WHEREAS on December 17, 2024, Judge Reid ordered Tal Alexander detained pending trial ("Detention Order") and, on December 20, 2024, denied his request to reopen the detention hearing, *see* S.D. Fla. Dkts. 24, 32; and

       WHEREAS on December 31, 2024, Tal Alexander appealed the Detention Order and requested a hearing at which he will present additional proposals relative to whether risk of flight can be mitigated, *see* S.D.N.Y. Dkt. 14;

---

[1]      "S.D.N.Y. Dkt." refers to the docket entries in *United States v. Alexander*, 24-cr-676 (S.D.N.Y. Dec. 11, 2024). "S.D. Fla. Dkt." refers to the docket entries in *United States v. Alexander*, 24-mj-4544 (S.D. Fla. Dec. 11, 2024).

IT IS HEREBY ORDERED that the Government and defense counsel[2] must appear for a hearing on Tal Alexander's appeal on **Wednesday, January 8, 2025, at 10:00 A.M.** The Government's response to Tal Alexander's motion must be filed by not later than **Monday, January 6, 2025**.

**SO ORDERED.**

Date:  January 3, 2025
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**

---

[2]  In Tal Alexander's motion stay his removal from S.D. Fla., he indicated his willingness to waive his right to be present at any hearing on his appeal from the Detention Order.  *See* Dkt. 10 at 3.  If he has been removed to this district by January 8, 2025, he must appear; if he has not yet arrived in this district by January 8, 2025, the Court will proceed based on his waiver of his right to be present.