Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

Caption:
United States of America
v.

Tal Alexander

Docket No.: 1:24-cr-00676-VEC-3

Valerie E. Caproni
(District Court Judge)

*FILED JAN 28 2025 S.D. OF N.Y.*

Notice is hereby given that Tal Alexander appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other [✓] Order Denying Release on Conditions (specify)
entered in this action on 01/15/2025 (date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [ ]   Other [✓]
Defendant found guilty by plea [ ]   trial [ ]   N/A [✓]
Offense occurred after November 1, 1987?  Yes [ ]   No [ ]   N/A [✓]
Date of sentence: _____   N/A [✓]
Bail/Jail Disposition: Committed [✓]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✓] | No [ ]   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Milton L. Williams |
| Counsel's Address: | Walden Macht Haran & Williams |
| | 250 Vesey Street, 27th Floor, New York, NY 10281 |
| Counsel's Phone: | 212-335-2963 |
| Assistant U.S. Attorney: | Elizabeth A. Espinosa |
| AUSA's Address: | U.S. Attorney's Office, SDNY |
| | 26 Federal Plaza, 37th Floor, New York, NY 10278 |
| AUSA's Phone: | 212-637-2216 |

*[signature]*
Signature

*[handwritten margin: Rcpt No. 26673  $605.00  1/28/25  JE]*

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Jan 28, 2025 3:37PM

TAL ALEXANDER

| Rcpt. No: 36673 | | Trans. Date: Jan 28, 2025 3:37PM | | | Cashier ID: #JE |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CC | Credit Card | | | | $605.00 |
| | | | Total Due Prior to Payment: | | $605.00 |
| | | | Total Tendered: | | $605.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments:** 24CR00676-3 VEC

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.