# EXHIBIT 14



USAO_00100132