# EXHIBIT 33

Apple Confidential
Account Details
DSID: 1344729381

Col. AC may contain multiple data points regarding additional email addresses associated with the Apple ID, including the Additional Email, the Additional Email Type and the Vetting Status for any additional email addresses.

Col. AD may contain multiple data points regarding iCloud Mail Aliases, including the iCloud Mail Alias, Mail Alias Type (for example: active or deleted), date mail alias was created and date mail alias was modified. Note: an iCloud Mail Alias can be alternative email handle(s) for the primary iCloud mail address, which if applicable, is indicated in Col D; or when the Apple ID is an icloud.com domain in Col. A.

| Apple ID | DS ID | Account Type | Person Type | Advanced Data Protection enabled | Login Alias | First Name | Last Name |
|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | Full iCloud (iCloud+) | Customer | No | [redacted] | Tal | Alexander |

| Country | Language | Time Zone | Account Status | iCloud Account Creation Date | Apple ID Creation Date | Address Line 1 | Address Line 2 | Address Line 3 |
|---|---|---|---|---|---|---|---|---|
| United States | US-EN | | Active | Thu, 29 Mar 12 18:20(PT) | Sun, 06 Jun 10 21:59(PT) | [redacted] | | |

| Address Line 4 | City | Postal Code | Country Code | Day Phone | Evening Phone | FaceTime / iMessage Phone | Verified Phone | Unverified Phone |
|---|---|---|---|---|---|---|---|---|
| | New York , New York | 10022-3534 | United States | [redacted] | [redacted] | [redacted] | [redacted] | |

| Additional Phone Numbers_Type | Registration IP Address |
|---|---|
| [redacted] Reachable At Phone [redacted] eyChain Phone [redacted] Evening Phone [redacted] Day Phone | 74.73.150.207 |

| Additional Emails_Type_Vetting Status |
|---|
| [redacted] Verified[redacted] hippingVerified[redacted] additionalVerifiedta[redacted] rescueVerification email sent |

| iCloud Mail Aliases_Type_Created On_ Modified On | Sign in with Apple Private Email Relay Address | Game Center Nickname |
|---|---|---|
| | ps4jqmfsb9@privaterelay.appleid.com4r68wztct9@privaterelay.appleid.com | px9jo2yaqs |