UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/2025
```

-------------------------------------------------------------------X

:

UNITED STATES OF AMERICA,                    :

:

              -against-                         :          24-CR-676 (VEC)

:

ALON ALEXANDER, OREN ALEXANDER, and          :          ORDER
TAL ALEXANDER,                               :

:

                   Defendants.    :

:

-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS between June 8, 2025, and June 17, 2025, Defendants filed several pretrial motions in this action, *see* Dkts. 69–77, 81–83, 93–111, 118–19;

       WHEREAS on July 21, 2025, the Government opposed the motions, *see* Dkt. 121;

       WHEREAS on August 4, 2025, Defendants moved to quash pending grand jury subpoenas, *see* Dkt. 134;

       WHEREAS the Defendants' deadline to reply in further support of their pretrial motions is Friday, August 8, 2025, *see* Dkt. 133; and

       WHEREAS the Court previously set a hearing for Tuesday, August 19, 2025, at 2:00 P.M. regarding any pretrial motions, *see* Dkt. 66;

       IT IS HEREBY ORDERED that the Government's deadline to respond to Defendants' motion to quash is **Monday, August 18, 2025.** Defendants' deadline to reply in support of their motion to quash is **Monday, August 25, 2025.**

IT IS FURTHER ORDERED that the hearing scheduled for Tuesday, August 19, 2025, at 2:00 P.M. is ADJOURNED *sine die*.  The Court will reschedule the hearing for a later date if necessary.

**SO ORDERED.**

**Date:  August 7, 2025**
     **New York, NY**

_____
        **VALERIE CAPRONI**
        **United States District Judge**