

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2025
```

256 Vesey Street
27th Floor
New York, NY 10281

wmhwlaw.com
T: 212-335-2030
F: 212-335-2040

August 12, 2025

**VIA ECF**

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007



Re:    *United States v. Tal Alexander*, Docket No. 24-CR-00676 (VEC)

Dear Judge Caproni:

      We represent Defendant Tal Alexander ("Tal") in the above captioned matter. On August 11, 2025, we filed a letter supplementing Tal's motion to suppress evidence. *See* ECF 144. The letter did not contain redactions, and we did not consult the Government about potential redactions, as at the time of filing we did not believe the letter revealed the identities of any accusers. After reviewing the filed letter, the Government expressed its position that certain portions should be redacted as they describe the statements of alleged victims, thus infringing on their privacy interests. We now request, with the Government's consent, that (i) the letter be filed with limited redactions, and (ii) the original letter without redactions (ECF 144) be placed under seal.

      The redacted letter has been filed (*see* ECF 145), and we will also submit highlighted proposed redactions for in camera review, as required by Your Honor's Individual Criminal Rule 3(A)(1).

      As the Court previously found with respect to Tal's motion to suppress (*see* ECF 116), the filed materials are "judicial documents" to which the common law right of public access attaches; the weight of that presumption is moderate; and the interests in protecting the privacy of alleged victims and witnesses outweigh that presumption. *See United States v. Akhavan*, 532 F. Supp. 3d 181, 184 (S.D.N.Y. 2021) (quoting *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006)). The same analysis can be applied here. For these reasons, we respectfully request that the letter be filed with the proposed redactions.

      Respectfully submitted,

/s/ Milton L. Williams
Milton L. Williams
Deanna Paul
Alexander Kahn
*Attorneys for Defendant Tal Alexander*

cc:    All counsel via ECF

Application GRANTED. For the reasons the Court found previously, the interest in protecting the privacy of witnesses and victims outweighs the presumption of judicial access to the unredacted version of Defendant's letter.

The Clerk of Court is respectfully directed to seal the entry at Dkt. 144.

SO ORDERED.

*[signature]*  8/13/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE