UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/2025

UNITED STATES OF AMERICA

v.

24-000676-VEC

OREN ALEXANDER,

Defendant.

_____/

**<u>ORDER</u>**

The motion for an order granting the withdrawal of Richard C. Klugh as counsel for defendant Oren Alexander in the above-captioned action is GRANTED.

Dated: September  2 , 2025
New York, New York

_____
HON. VALERIE E. CAPRONI
United States District Judge