# EXHIBIT 10

# Expert Disclosure of
# Dr. Lisa Rocchio, Ph.D.

**Disclosure as to Expert Witness Dr. Lisa Rocchio**

August 15, 2025

## I.    Qualifications and Prior Testimony

Lisa M. Rocchio, Ph.D. is a clinical and forensic psychologist who specializes in the assessment and treatment of interpersonal violence and traumatic stress. Dr. Rocchio has practiced psychology since earning her Ph.D. in 1995, and she owns and operates an inter-disciplinary group psychotherapy practice and an independent forensic practice in Rhode Island. She is a Clinical Assistant Professor within the department of Psychiatry and Human Behavior at the Brown University Alpert School of Medicine where she conducts supervision and training for psychiatry fellows. Over the course of her career, Dr. Rocchio has obtained specialized training regarding, and has specialized her clinical and forensic practice in, the assessment and treatment of patients who have experienced traumatic stress and interpersonal violence (which includes but is not limited to rape, sexual assault, childhood sexual abuse, intimate partner violence, and sexual harassment). In the last twenty-five years, Dr. Rocchio has evaluated and treated hundreds of individuals who have experienced interpersonal violence, including childhood sexual abuse, rape and sexual assault, intimate partner violence, and sexual harassment. Dr. Rocchio has published and presented at national and international conferences in her areas of expertise, and regularly provides supervision, consultation, and training to other professionals. She is a fellow of the American Psychological Association (APA), where she is a Past-President and founding member of APA's Division of Trauma Psychology and a former member of the APA Ethics Committee. Dr. Rocchio has served as president of the Rhode Island Psychological Association (RIPA), and as RIPA's representative to APA's Council of Representatives.

Dr. Rocchio's qualifications, recent publications, and testimony in the last four years are further described in her curriculum vitae and her disclosure of prior testimony, which are attached as Exhibits A and B.

## II.    Statement of Opinions, Bases, and Reasons

The following include the anticipated opinions the Government expects Dr. Rocchio will offer. Dr. Rocchio's opinions are based on the totality of her relevant education, training, skills, knowledge, and professional experience, including her assessment and treatment of patients, forensic assessments, work and consultation with professional colleagues, continuing education, and review of relevant scientific literature in her field. A reference list is attached to the end of this document, which are examples of relevant literature pertaining to the opinions Dr. Rocchio will be offering, although these references are not meant to be exhaustive nor are they the sole source of Dr. Rocchio's opinions. Dr. Rocchio has not evaluated any specific victim in this case, and the Government does not presently intend to offer Dr. Rocchio's testimony regarding any specific victim.

### Rape and Sexual Assault

Interpersonal violence is violence committed between individuals, including rape, sexual assault, childhood sexual abuse, sexual harassment, or intimate partner violence, among others.

Sexual assault and rape refer to sexual interactions without an individual's consent. Sexual assault is an abuse of power that occurs when one individual has physical contact with another in a sexual manner without the second individual's consent, either because the individual has not given consent or because they are incapable of consent for some reason, such as age or some other impairment. Rape, which is a form of sexual assault, refers specifically to penetration, no matter how slight, of the vagina or anus with any body part or object, or oral penetration by a sex organ of another person, without the consent of the victim. Perpetrators can force a victim into penetrative sex in a variety of ways, including the use of physical force or by the administration of alcohol or other drugs to the point where the victim is incapable of providing consent because they are unconscious or otherwise mentally or physically incapacitated. Sexual abuse can also encompass nonconsensual behaviors that do not involve physical contact between perpetrator and victim, such as exposing oneself or taking sexually explicit photographs without consent.

The majority of rapes and sexual assaults are committed by someone known to the victim rather than a stranger. Perpetrators often exploit preexisting power differentials between themselves and their victims for the purpose of committing rape and sexual assault and preventing disclosure.

### Responses During and Following Rape and Sexual Assault

Individuals may utilize a broad range defense mechanisms and exhibit a wide variety of behaviors during and in response to rape and sexual assault; common responses include freezing or falling back on habitual responses to power, such as attempting to please or placate the abuser or remaining silent. The majority of individuals report experiencing some form of freeze response at some point during a rape or sexual assault, during which they feel or actually become temporarily unable to speak or move. These individuals commonly describe episodes of their mind going "blank" and report feelings of confusion about what is happening to them. Most individuals who experience rape or sexual assault do use some form of explicit verbal communication of nonconsent. However, when expressing nonconsent, most fall back on habitual responses to power or gender role socialization by engaging in polite resistance, such as attempts to persuade, deflect, or convince the perpetrator to stop. A minority of victims report screaming, yelling, or calling for help. Most individuals who experience rape and physical assault who have not been incapacitated do employ some form of physical resistance, such as trying to turn away or close their legs; however they are less likely to use more extreme methods of resistance such as kicking, punching, and hitting. Behaviors such as kicking and biting are used less than fifteen percent of the time. Some victims simply submit as soon as they determine that the perpetrator has decided to assault them or if they perceive that physical resistance is likely to escalate the perpetrator's conduct. Individuals who experience rape or sexual assault may experience a sense of mental defeat upon realizing they are unable to prevent the assault or its continuation and escalation. When multiple perpetrators carry out the rape or sexual assault, victims often experience a greater feeling of fear and entrapment.

Individuals who experience rape and sexual assault may remain in contact with perpetrators for a broad range of reasons. In some cases, it could be that victims and perpetrators are in the same circles and contact may be incidental and unintentional. In other cases, remaining in touch can be a coping mechanism for a victim as a way to better understand what happened, as a way of regaining control, or to prevent further loss of their social circle. When a victim and perpetrator

are in the same social circle, the victim may not want to be the one who has to abandon that circle to avoid the perpetrator.  On some occasions, a victim may engage in flirtatious behavior or consensual sexual activity with a perpetrator after a sexual assault as a way to normalize the relationship, protect themselves from retaliation, or in an effort to convince themselves that the sexual assault was a one-time aberration in the perpetrator's behavior  When a victim is engaged in coping mechanisms such as denial, minimization, self-doubt, or self-blame, it is less likely that a victim to directly confront a perpetrator.  A victim may also fear retaliation or additional harm if they confront the perpetrator.

## Labeling and Disclosure of Rape and Sexual Assault

Dr. Rocchio will speak about coping strategies and psychological defenses commonly used by victims in response to rape and sexual assault.  Examples include avoidance, compartmentalization, minimization, directed forgetting, making excuses for others, self-blame, and denial, and non-labeling of the experience as a rape or sexual assault.  These strategies function to help the individual to put aside and protect themselves from painful and frequently overwhelming feelings and to continue to function.  Self-doubt, self-blame, and minimization are exacerbated when the rape or sexual assault involves the administration of alcohol or other drugs.

There are a number of factors that may influence the ways individuals talk about their experiences of rape and sexual assault.  The majority of individuals who have experienced rape or sexual assault do not label it as such.  Rather than using words like "sexual assault" and "rape," victims will often use words that are less frightening and function to help them to minimize the impact of what has happened to them and distance themselves from it.  For example, they may describe what happened to them as something that was unwanted, weird, scary, or uncomfortable.

The disclosure of rape and sexual assault is a process that occurs over time, and commonly well after the incident.  This is particularly true for individuals who are raped or sexually assaulted by someone they know.  Disclosure that occurs after some period of time following the abuse is referred to as delayed disclosure and is common among individuals who experience rape and sexual assault for a variety of reasons, including but not limited to, confusion, fear of backlash, self-blame, shame, difficulty labeling the experience as abuse, and fear of not being believed.  These effects are often exacerbated in instances involving multiple perpetrators.

There are both external and internal barriers to disclosure of rape and sexual assault.  External barriers refer to things outside the individual, for example, fear of getting into trouble if they tell someone, fear that others will blame or judge them, or fear that they or others could suffer retaliation or harm if they report the perpetrator.  Internal factors have more to do with the individual's own feelings, such as feelings of shame, guilt, self-blame, confusion, or inability to recognized that they have been abused.

When individuals do disclose and talk about their experiences of rape and sexual assault, they are most likely to talk with a close friend or trusted family member.  Research has consistently shown that sexual assault, including rape, is considered to be among the most underreported crimes.  Most victims do not report sexual assault to law enforcement, authorities, or medical professionals, and most do not seek medical care following an assault.  Victims often experience intense shame and embarrassment, self-doubt, confusion, and self-blame, as well as fear of

retaliation or fear of being disbelieved, which can also contribute to their decision of whether to disclose abuse, and with whom they discuss their experiences.

When talking about their experiences to others, victims may exhibit a broad range of emotional responses or lack thereof, including exhibiting a flat affect. They also may disclose a varying level of detail about the experience, depending on the context or their level of trust in the person to whom they are speaking.

## Memory

Autobiographical memories do not resemble a video tape and there is not a one-to-one correlation between experiences and memories. Individuals commonly recall the gist or overall description of what occurred. During an event, individuals are always paying more attention to some details over others, and trauma can narrow that focus of attention. Those details to which individuals are paying attention and that are emotionally significant to them are referred to as central details, and along with the gist of what occurred, tend to be accurately recalled over time. Details to which individuals are not paying attention and to which they do not assign significance are referred to as peripheral details, and are more vulnerable to inaccurate recall over time. Although details are often characterized as central and peripheral, the amount of significance and attention subjectively assigned is best understood as a continuum from most to least attended to and significant.

The general principles of memory apply during traumatic events, however, during a traumatic event an individual's attention is narrowed, and the emotional response to fear triggers the brain's defensive responses, resulting in less higher order thinking and an increase in the use of habitual responses. Errors in order processes, such as specific timelines and sequencing, can occur as a result of a traumatic event. Traumatic memories have not been shown to be less reliable than memories for other types of events.

Retrieval of memories is highly context specific, and contexts that resemble the physical space, social situation, or internal mental state at the time the memory was encoded can facilitate the retrieval of memories. Individuals have the capacity to exert control over the accessibility of memories and may use strategies such as direct suppression and thought substitution in an effort to prevent recall of unwanted memories and regulate their emotions. When these strategies are used repeatedly over time, they can become habitual and automatic, and they have been found to cause voluntary and involuntary forgetting and deficits in recall, even of central details.

Memories of experiences, including those involving sexual assault, can be influenced by a number of factors, including the context in which the abuse occurred, the specific nature of the abuse, the details that the individual paid attention to and assigned importance to during the assault, and the presence of alcohol or other drugs.

*Lisa M. Rocchio, Ph.D.*
_____
Lisa Rocchio, Ph.D.

**Sample References: Rape and Sexual Assault, Labelling, Disclosure, Victim Behavior, and Memory**

Bicanic, I. A. E., Hehenkamp, L. M., van de Putte, E. M., van Wijk, A. J., & de Jongh, A. (2015). Predictors of delayed disclosure of rape in female adolescents and young adults. *European Journal of Psychotraumatology, 6(1),* Article 25728. https://doi.org/10.3402/ejpt.v6.25728

Bell, S. C., Wolff, L. A., & Skolnick, M. (2021). Female victims of acquaintance rape in college: Incidence and effects of encounters with perpetrators. *Journal of American College Health.* https://doi.org/10.1080/07448481.2021.1898404

Caretta, C. M., Burgess, A. W., & DeMarco, R. (2015). To tell or not to tell. *Violence Against Women, 21(9),* 1145–1165.

Chen, Y., & Ullman, S. E. (2010). Women's reporting of sexual and physical assaults to police in the National Violence Against Women Survey. *Violence Against Women, 16(3),* 262–279.

Chopin, J., & Beauregard, E. (2023). Why didn't you resist? Situational influences on victim resistance during a rape. *International Review of Victimology, 29*(2), 293–312.

Cook, N. K., & Messman-Moore, T. L. (2018). I said no: The impact of voicing non-consent on women's perceptions of and responses to rape. *Violence Against Women, 24(5),* 507–527. https://doi.org/10.1177/1077801217708059

Diamond, N. B., Armson, M. J., & Levine, B. (2020). The truth is out there: Accuracy in recall of verifiable real-world events. *Psychological Science, 31(12),* 1544–1556. https://doi.org/10.1177/0956797620954812

Engen, H. G., & Anderson, M. C. (2018). Memory control: A fundamental mechanism of emotional regulation. *Trends in Cognitive Sciences, 22(11),* 982–995.

Jones, J., Alexander, C., Wynn, B., Rossman, L., & Dunnuck, C. (2009). Why women don't report sexual assault to the police and the influence of psychosocial variables and traumatic injury. *Violence: Recognition, Management and Prevention, 36(4),* 417–424.

Küpper, C. S., Benoit, R. G., Dalgleish, T., & Anderson, M. C. (2014). Direct suppression as a mechanism for controlling unpleasant memories in daily life. *Journal of Experimental Psychology: General, 143(4),* 1443–1449. https://doi.org/10.1037/a0036518

Levine, L. J., & Edelstein, R. S. (2009). Emotion and memory narrowing: A review and goal-relevance approach. *Cognition and Emotion, 23(5)*, 833–875. https://doi.org/10.1080/02699930902738863

Marchewka, J., Tomaszewska, P., Schuster, I., & Krahé, B. (2022). Unacknowledged and missed cases of sexual victimization: A comparison of responses to broad versus behaviorally specific questions. *Aggressive Behavior.* Advance online publication. https://doi.org/10.1002/ab.22043

McGill, L., & McElvaney, R. (2023). Adult and adolescent disclosures of child sexual abuse: A comparative analysis. *Journal of Interpersonal Violence, 38*(1–2), 1163–1186. https://doi.org/10.1177/08862605221088278

Rousseau, C., Bergeron, M., & Ricci, S. (2020). A metasynthesis of qualitative studies on girls' and women's labeling of sexual violence. *Aggression and Violent Behavior, 52,* Article 101395. https://doi.org/10.1016/j.avb.2020.101395

Shepp, V., O'Callaghan, E., & Ullman, S. E. (2020). Interactions with offenders post-assault and their impacts on recovery: A qualitative study of sexual assault survivors and support providers. *Journal of Aggression, Maltreatment & Trauma, 29(6),* 725–747. https://doi.org/10.1080/10926771.2019.1660443

Thompson, A., & Tapp, S. (2022). Criminal victimization, 2022 (NCJ 307089). Bureau of Justice Statistics. https://bjs.ojp.gov

Tulving, E., & Thomson, D. M. (1973). Encoding specificity and retrieval processes in episodic memory. *Psychological Review, 80(5),* 352–373. https://doi.org/10.1037/h0020071

Ullman, S. E., O'Callaghan, E., Shepp, V., & Harris, C. (2020). Reasons for and experiences of sexual assault nondisclosure in a diverse community sample. *Journal of Family Violence, 35(8),* 839–851. https://doi.org/10.1007/s10896-020-00141-9

Wilson, L. C., & Miller, K. E. (2016). Meta-analysis of the prevalence of unacknowledged rape. *Trauma, Violence, & Abuse, 17(2),* 149–159. https://doi.org/10.1177/1524838015576391

Wong, J. S., & Balemba, S. (2018). The effect of victim resistance on rape completion: A meta-analysis. *Trauma, Violence, & Abuse, 19(3),* 352–365.

Lisa M. Rocchio, Ph.D.
Sample Reference List: Rape and Sexual Assault

# EXHIBIT A

5/18/2025

**CURRICULUM VITAE**
**Lisa Marie Rocchio, Ph.D.**

1524 Atwood Avenue, Suite 222
Johnston, RI  02919
Phone: (401) 751-5880
Fax: (401) 751-5881
lrocchio@drlisarocchio.com

## EDUCATION

Undergraduate          **Visiting Student**
                       Westfield College, London, England, 1988

                       **BA** Psychology and English
                       Emory University, Atlanta, Georgia, 1989

Graduate               **MA** Clinical Psychology
                       University of Rhode Island, Kingston, RI, 1992

                       **Ph.D.** Clinical Psychology
                       University of Rhode Island, Kingston, RI, 1995

## POST-GRADUATE TRAINING

**Post-Doctoral Fellowship**
Ann Begin, Ph.D., Associates in Psychotherapy, North Kingstown, RI
Women's Day Hospital Program, Butler Hospital, Providence, RI, 7/96 - 11/97

## SELECTED POST-GRADUATION PROFESSIONAL TRAINING

**Dialectical Behavior Therapy, Intensive Training, Parts I & II (72 hours)**
Behavioral Technology Transfer Group, 1999 - 2000

**Eye Movement Desensitization and Reprocessing, Levels I & II (34 hours)**
Eye Movement Desensitization and Reprocessing International Association, (EMDRIA), 2001

**Psychotherapy Training Course for Dissociative Disorders (22.5 hours)**
International Society for the Study and Treatment of Trauma and Dissociation (ISSTD), 2005 - 2006

**Leadership Institute for Women in Psychology**
Sponsored by the American Psychological Association, Committee on Women in Psychology, 2011 - 2012
*Selected (through a competitive selection process) to participate in a leadership training program for women in psychology, the mission of which "is to prepare, support, and empower women psychologists as leaders to promote positive changes in institutional and organizational life and increase the diversity, number, and effectiveness of women psychologists as leaders".*

## LICENSURE

Licensed Psychologist (RI) #00631, 12/97
Licensed Psychologist (NY) #019490, 02/12
Licensed Psychologist (MA) #10025, 11/14
Licensed Psychologist (M) #2478, 8/22
Licensed Psychologist (CT) # 8.004285, 9/22
PsyPact: Authority to Practice Interjurisdictional Telepsychology and Temporary Authorization to Practice Certification, APIT #4316, 9/23

## ACADEMIC APPOINTMENT

**Clinical Instructor**
Department of Psychiatry and Human Behavior
Alpert Medical School of Brown University
Providence, RI
7/2020-7/2021

**Clinical Assistant Professor**
Department of Psychiatry and Human Behavior
Alpert Medical School of Brown University
Providence, RI
7/2021-present

## CLINICAL EXPERIENCE

**Family Service Student Counselor**
Pre-Natal Clinic, St. Joseph's Hospital
Department of Family Service, Providence, RI, 6/90 - 8/90 and
7/91 - 8/91

**Clinical Psychology Extern**
Psychological Services, Brown University, Providence, RI,
9/92 – 5/93

**Clinical Psychology Extern**
Counseling Center, University of Rhode Island, Kingston, RI,
,                9/93 – 5/94

**Clinical Psychology Trainee**
Psychological Consultation Center, University of Rhode Island,
Kingston, RI,
5/91 - 5/94

**Pre-Doctoral Intern**
Yale University School of Medicine, New Haven, CT
New Haven Hospital and Yale Psychiatric Institute, 7/94 – 7/95

**Independent Practice**
Associates in Psychotherapy, North Kingstown, RI, 12/97 – 6/98
*Psychotherapy, Assessment, Education and Training,*

**Clinical Director and Owner, Inter-Disciplinary Independent
Group Practice**
Lisa M. Rocchio, Ph.D. & Associates, Inc. Johnston, RI,
07/98 - present
*Psychotherapy, Assessment, Consultation, Education and Training,
Forensic Assessment, Forensic Consultation, Expert Testimony*


**TRAINING AND CONSULTATION EXPERIENCE**

**Mock Trial Expert Witness**
Travelers Worker's Compensation Trial Advocacy Program,
Hartford, CT, 1992

**Workshop Leader**
College Counseling Center, University of Rhode Island, Kingston,
RI, 1992-1994

3

*Eating Disorders Workshops presented across campus to various student groups and organizations*

**Mock Trial Expert Witness**
Yale University School of Medicine, New Haven, CT, 1994

**Psychological Consultant**
Diagnostic Assessment Services, Middletown, RI, 2000 - 2001
*Performed comprehensive psychological evaluations of adolescents who had been court ordered for outpatient psychological, cognitive and educational testing.*

**Consultant: Professional Development, Education and Training**
Department of Children, Youth, and Families, Providence, RI, 1999 - 2002
*Developed and presented workshops to DCYF employees in the areas of trauma, vicarious traumatization, and stress management.*

**Psychological Consultant**
North Providence School Department, 2000 - 2002
*Performed comprehensive psychological evaluations of elementary school students to determine the impact of psychological difficulties on school performance and functioning. Evaluations involved clinical diagnostic interviews, psychological testing, classroom observations and collateral interviews.*

**TEACHING EXPERIENCE**

**Instructor**
Counseling Center, University of Rhode Island, Kingston, RI, 9/92 – 5/94
Workshop Training for Eating Disorders Prevention

**Teaching Assistant**
University of Rhode Island, Kingston, RI, 9/91 – 5/92
Towards Self Understanding

**Teaching Assistant**
University of Rhode Island, Continuing College of Education, Providence, RI, 5/92 and 5/93
Psychology of Sexual Equality

**Special Instructor in Psychology**
Providence College, Providence, RI, 1/96 - 5/96
Psychology of Women (2 sections)

4

**Adjunct Assistant Professor**
University of Rhode Island, College of Continuing Education,
Providence, RI, 9/96 - 12/96
Introduction to Women's Studies (2 sections)

**Clinical Instructor**
Department of Psychiatry and Human Behavior
Alpert Medical School of Brown University
Providence, RI
7/2020-7/2021
Weekly Clinical supervision of 1-2 Psychiatry Fellows
Teaching 2 -3 classes for the PGY 3 psychiatry seminar

**Clinical Assistant Professor**
Department of Psychiatry and Human Behavior
Alpert Medical School of Brown University
Providence, RI
7/2021-present
Weekly Clinical supervision of 1-2 Psychiatry Fellows
Teaching 2 -3 classes for the PGY 3 Psychiatry Seminar

**RESEARCH EXPERIENCE**

**Research Project Coordinator**
The Social Behavior of Developmentally Disabled Children,
Bradley Hospital, East Providence, RI, 10/89 – 8/91

**Research Assistant**
Outpatient Eating Disorders Research Group,
Butler Hospital, Providence, RI, 6/93 – 9/93

**Research Group Member**
Trauma Science Research Group,
Providence, RI, 1999 - 2003

**MEMBERSHIP IN PROFESSIONAL SOCIETIES**

American Psychological Association (APA), Fellow Divisions
42 and 56
American Psychological Association (APA), Member Divisions 12,
29, 31, 35, 41

5

Association for Women in Psychology (AWP)
Eye Movement Desensitization and Reprocessing International
Association (EMDRIA)
International Society for the Study of Trauma and Dissociation
(ISSTD)
International Society for Traumatic Stress Studies (ISTSS)
Massachusetts Psychological Association
New England Society for the Treatment of Trauma and Dissociation
(NESTTD)
Rhode Island Psychological Association (RIPA)

**PUBLICATIONS**

Original Publications in Peer-Reviewed Publications

1. Bailey, T.D. & **Rocchio, L.M.** (2020). Evaluating the effects of repeated psychological injury: Introduction to the Special Issue. *Psychological Injury and the Law*. NY: Springer

2. **Rocchio, L.M.** (2020).  Ethical and professional considerations in the forensic assessment of complex trauma and dissociation. *Psychological Injury and the Law*. NY: Springer

Book Chapters

1. Baker's Dozen (1997). Feminist student voices. In J. Worell and N. Johnson (Eds.) *Feminist visions: New directions for education and practice*. American Psychological Association.

2. **Rocchio, L.M.**, Feinstein, C., & Appareddy, V. (1997). The sibling of the psychiatrically disturbed child. In J. Nashpitz (Ed), *Handbook of Child and Adolescent Psychiatry*.

3. Lott, B. & **Rocchio, L.M.** (1997).  Individual and collective action:  Social approaches and remedies for sexist discrimination.  In H. Landrine and E. A. Klonoff (Eds.) *Sexist discrimination:  Prevalence, correlates, and remedies*.  CA: Sage.

4. Lott, B. & **Rocchio, L.M.** (1998).  Standing up, talking back, and taking charge: Strategies and outcome in collective action against sexual harassment.  In L.H. Collins, J. Chrisler, and K. Quina (Eds.) *Career strategies for women academics: Arming Athena*.  NY: Sage.

6

Non-Peer Reviewed Publications

*1.* **Rocchio, L.M.** (Spring 2009).  Ethics corner: How should I respond to a subpoena? *The Newsletter of the Rhode Island Psychological Association.*

**2.** **Rocchio, L.M.** (Spring 2011).  Ethics corner:  Ethical Considerations in Trauma Psychology: Vicarious Traumatization and Self-Care.  *The Newsletter of the Rhode Island Psychological Association.*

**3.** **Rocchio, L.M.** (Fall, 2015).  Ethics corner:  Psychologists Coping with Serious Health Concerns:  Ethical, Professional, and Risk Management Issues. *The Newsletter of the Rhode Island Psychological Association.*

**PROFESSIONAL PRESENTATIONS**

**1.** **Rocchio-Giordano, L.M.** (February 1992*). Moral reasoning related to gender and dilemma content*. Paper presented at the National Meeting of the Association for Women in Psychology, Long Beach, CA.

**2.** Silver, B., **Rocchio, L.M.**, & Gregory, C.J., (November 1992). *A model for gender role assessment*. Paper presented at the meeting of the New England Psychological Association, Fairfield, CT.

**3.** Gregory, C.J., Minugh, P. A., Riedford, M**., Rocchio, L.M.**, & Saris, R. (March 1993). *Women Against Sexual Harassment (WASH):  Working to eliminate sexual harassment from the academic community*. Workshop presented at the National Meeting of the Association for Women in Psychology, Atlanta, GA.

**4.** **Rocchio, L.M.** (March 1993*). Battered women who kill, psychology, and the law*. Paper presented at the National Meeting of the Association for Women in Psychology, Atlanta, GA.

**5.** Cogan, J. & **Rocchio, L.M.** (March 1994). *Celebrating and redefining our diverse beauty: Rejecting body hatred*. Workshop presented at the National Meeting of the Association for Women in Psychology, Oakland, CA.

**6.** Cogan, J. & **Rocchio, L.M.** (March 1995). *Fat oppression and body hatred: Strategies for change*. One-half day training workshop presented at the National Meeting of the Association for Women in Psychology, Indianapolis, IN.

**7.** **Rocchio, L.M.** (August 1996).  The pursuit of beauty through thinness and the impact of advertising on college women's attitudes. In C. Smith (Chair), *Empirical*

*investigations of women's pursuit of beauty*. Symposium conducted at the National Meeting of the American Psychological Association, Toronto, Canada.

8. **Rocchio, L.M.** (October 1996). Discussant. In J.C. Chrisler (Chair), *Women and weight: Gendered messages from the media*. Symposium conducted at the National Meeting of the New England Psychological Association, New London, CT.

9. Johnston-Robledo, I., **Rocchio, L. M.**, & Chrisler, J. C. (March 1997). *AWP program content 1981 - 1996: Where we've been, where we're heading*. Discussion facilitated at the National Meeting of the Association for Women in Psychology, Pittsburgh, PA.

10. **Rocchio, L.M.** (October 1997). Discussant. In J.C. Chrisler (Chair), *Current issues in feminist therapy*. Symposium conducted at the National Meeting of the New England Psychological Association, Easton, MA.

11. **Rocchio, L.M.** (April 1999). Discussant. In J.C. Chrisler (Chair), *Addressing fat oppression: Research and practice*. Symposium conducted at the National Meeting of the Eastern Psychological Association, Providence, RI.

12. Ethics Committee of the Rhode Island Psychological Association (January 2007). *Sex, lies & confidentiality: A discussion of the top ten ethical issues posed to the RIPA Ethics Committee*. Professional Continuing Education Workshop sponsored by the Rhode Island Psychological Association, Providence, RI.

13. Ethics Committee of the Rhode Island Psychological Association (June 2008). *From In Treatment to our treatment: Ethical considerations raised in the television program In Treatment*. Continuing education salon presentation sponsored by the Rhode Island Psychological Association, Providence, RI.

14. **Rocchio, L.M.** (March 2010). *Trauma psychology: What the anxiety disorders specialist needs to know*. Paper presented at the National Meeting of the American Anxiety Disorders Association, Baltimore, MD.

15. **Rocchio, L.M.** (August 2010). Professional and ethical considerations in trauma psychology: Psychotherapy. In L. Rocchio (Chair), *Professional and ethical considerations in trauma psychology: Psychotherapy, forensics, research*. Symposium conducted at the National Meeting of the American Psychological Association, San Diego, CA.

16. Hughes, D.M. & **Rocchio, L.M**. (November 2010). *Forensic assessment of psychological trauma and PTSD*. Workshop presented at the 26th Annual Meeting of the International Society for Traumatic Stress Studies, Montreal, Canada.

17. **Rocchio, L.M.** (March, 2011).  *The effects of trauma on the therapist*.  Paper presented at the National Meeting of the American Anxiety Disorders Association, New Orleans, LA.

18. **Rocchio, L.M.** (March 2011).  Conceptualization, assessment, and treatment of trauma and dissociation: Translating research into practice.  In K. Rose (Chair), *Advancing the applications and boundaries of traumatic stress research: Translation between empirical inquiry and clinical case findings*.  Symposium conducted at the National Meeting of the American Anxiety Disorders Association, New Orleans, LA.

19. **Rocchio, L.M.** (August 2011).  Assessment of complex trauma in a clinical setting. In L. Rocchio (Chair), *Assessment of complex trauma and dissociation in clinical, forensic and research settings*.  Symposium conducted at the National Meeting of the American Psychological Association, Washington, D.C.

20. **Rocchio, L.M.** (November 2011).  Conceptualization and assessment of sexual harassment in civil litigation.  In D. Hughes (Chair), *The conceptualization of trauma in a forensic context.*  Symposium conducted at the 27th Annual Meeting of the International Society for Traumatic Stress Studies, Baltimore, MD

21. Anthony, J., Feil, L**., Rocchio, L.M.**, Plante, W., Sabo, R., and Spencer, M. (March 2012). *Mental health professionals in transition: Clinical, ethical, and practical considerations when life changes.* Professional Continuing Education Workshop sponsored by the Rhode Island Psychological Association, Providence, RI.

22. Courtois, C.A. & **Rocchio, L.M.** (April, 2012).  *Relationship dimensions and ethical factors in the treatment of complex trauma*.  Workshop presented at the 32nd Annual Meeting of the Anxiety Disorders Association of America, Arlington, VA.

23. **Rocchio, L.M.** (April, 2012).  *Trauma psychology:  Legal considerations and ethical dilemmas in treatment*. Workshop presented at the 32nd Annual Meeting of the Anxiety Disorders Association of America, Arlington, VA.

24. **Rocchio, L.M.** (August, 2012).  The forensic evaluation of traumatic stress and dissociation in civil litigation.  In L. Rocchio (Chair), *The forensic evaluation of traumatic stress and dissociation:  Malpractice and personal injury cases*. Symposium conducted at the National Meeting of the American Psychological Association, Orlando, FL.

25. **Rocchio, L.M.** (August, 2013).  *Trauma in the treatment room:  What the independent practitioner needs to know*.  Skill building session presented at the National Meeting of the American Psychological Association, Honolulu, HI

26. Hughes, D.M. & **Rocchio, L.M.** (August, 2014). *Essentials of forensic assessment of trauma in civil and criminal litigation.* Skill building session presented at the National Meeting of the American Psychological Association, Washington, DC.

27. **Rocchio, L.M.** (August, 2014). Trauma psychologists with serious health concerns: Ethical issues. In L. Rocchio (Chair), *Trauma psychologists with serious health concerns: Ethical, clinical and professional issues.* Symposium conducted at the National Meeting of the American Psychological Association, Washington, DC.

28. **Rocchio, L.M.** (August, 2015). Ethical dilemmas in the treatment of trauma in independent practice settings. In L. Rocchio (Chair), *Trauma treatment in independent practice settings: Ethical and relational issues.* Skill building session conducted at the National Meeting of the American Psychological Association, Washington, DC.

29. **Rocchio, L.M.** (August, 2020). Ethical and professional considerations in the forensic assessment of trauma and PTSD. In J. Scroppo (Chair), *Ethics and Risk Management in Forensic Evaluations and Settings*. Symposium conducted virtually at the National Meeting of the American Psychological Association, Washington, DC.

30. **Rocchio, L.M.** (August, 2020). Ethical challenges when a client is engaged in a lawsuit: Dr. Helpful wants to help. In APA Ethics Committee, *Ethics Hot Topics.* Panel presentation conducted virtually at the National Meeting of the American Psychological Association, Washington, DC.

31. **Rocchio, L.M**. (August 2021). Clinical and forensic consultation with the legal system. In S. A. Fischer (Chair*), Ethical issues in consulting with attorneys and the legal system.* Symposium conducted at the National Meeting of the American Psychological Association, Washington, DC.

32. **Rocchio, L.M.** (August 2022). Ethical concerns in forensic assessment. In L. Childress-Beatty (Chair), *Ethical concerns in clinical and forensic assessment.* Symposium conducted at the National Meeting of the American Psychological Association, Minneapolis, MN.


## INVITED PRESENTATIONS

1. **Rocchio, L.M.** (May 1991*). Images of women in the media, the pursuit of beauty, and eating disorders*. Invited presentation to Psychology of Sexual Equality class, University of RI, Kingston, RI.

2. **Rocchio, L.M.** (April 1993). *Women and weight*. Panel discussion participant, Brown University, Providence, RI.

3. **Rocchio, L.M.**, Gregory, C.J., & Minugh, P.A. (1993). *Women Against Sexual Harassment (WASH): Dealing with sexual harassment in the workplace*. Invited presentation to the participants of the Feminist Lecture Series, Butler Hospital, Providence, RI.

4. **Rocchio, L.M.** (April 1996). *The pursuit of beauty through thinness and the impact of advertising on college women's attitudes*. Invited colloquium presented to the Providence College Department of Psychology, Providence RI.

5. **Rocchio, L.M.** (October 1999). *The effects of trauma on the professional*. Workshop presented at the Fifth Annual Conference of the RI Coalition Against Domestic Violence, Providence, RI.

6. **Rocchio, L.M.** (April 2009*). Practical, legal and ethical considerations in establishing an independent practice in psychology*. Invited salon presentation to Early Career Psychologists sponsored by the Rhode Island Psychological Association, Providence, RI.

7. **Rocchio, L.M.** (August 2011). *Development of a successful independent group practice in psychology*. Hospitality suite conversation hour sponsored by Division 42 of the American Psychological Association. Presented at the National Meeting of the American Psychological Association, Washington, D.C.

8. Brown, LS., Gold, S., & **Rocchio, L.M.** (August, 2013). *The forensic assessment of trauma.* Invited hospitality suite presentation sponsored by Division 56 of the American Psychological Association. Presented at the National Meeting of the American Psychological Association, Honolulu, HI.

9. Brown, LS., Gold, S., & **Rocchio, L.M.** (August, 2014). *The forensic assessment of trauma.* Invited hospitality suite presentation sponsored by Division 56 of the American Psychological Association. Presented at the National Meeting of the American Psychological Association, Washington, DC

10. **Rocchio, L.M.** (2015, 2014). *Ethical considerations in the practice of clinical and forensic psychology: Multiple Relationships.* Invited presentation to the participants of the Fellows Ethics Workshop, Brown University, Providence, RI.

11. **Rocchio, L.M.** (2016, 2015, 2013, 2012, 2011, 2010, 2009, 2008). *Ethical considerations in the practice of clinical and forensic psychology: Business and forensic issues.* Invited presentation to the participants of the Fellows Ethics Workshop, Brown University, Providence, RI.

12. **Rocchio, L.M.** (2016). *Trauma psychology: What the therapist needs to know.* Invited continuing education presentation to the members of the Behavioral Health Pod of the Rhode Island Primary Care Physician's Corporation, Cranston, RI

13. Hughes, D.M. & **Rocchio, L.M.** (August, 2016). *Forensic work with trauma populations.* Invited hospitality suite presentation sponsored by Division 56 of the American Psychological Association. Presented at the National Meeting of the American Psychological Association, Denver, CO.

14. **Rocchio, L.M.** & Mills, M.A.M. (May, 2017). *The anxiety and obsessive-compulsive disorders: Overview and treatment strategies.* Invited continuing education presentation to the members of the Behavioral Health Pod of the Rhode Island Primary Care Physician's Corporation, Cranston, RI.

15. **Rocchio, L.M.** (March, 2016, 2017, 2018). *Vicarious traumatization: The effect of trauma exposure on the helping professional.* Invited continuing education presentation to the New England Society for the Treatment of Trauma and Dissociation workshop: Fundamentals of Complex Trauma and Dissociation, Cambridge, MA.

16. **Rocchio, L.M.** (August, 2022). *Interpersonal violence across the lifespan: Clinical and forensic implications.* Presidential Address for the Division of Trauma Psychology of the American Psychological Association, presented at the National Meeting of the American Psychological Association, Minneapolis, MN.

17. **Rocchio, L.M.** (Dec 2023). *Advancing Competencies in Traumatic Stress Care: Ethics and Best Practices.* Invited webinar for Shephard Pratt: Professional workshops on the topic of ethics of trauma psychology. Baltimore, MD

18. **Rocchio, L. M.,** Salzman, Zoe, & Estela, Sara Luz (June 2023). *The use of expert psychological testimony in sexual harassment and assault cases.* Invited panel presentation to the National Employment Lawyers Association/New York (NELA/NY) chapter: NELA Nite, New York, NY.

19. Gold, S. M., Greenberger, D., **Rocchio, L. M.,** and Gigante, E. C. (2024). *Ethical challenges for lawyers working with forensic and treating mental health professionals.* Invited panel presentation to the Practicing Law Institute (PLI) Psychological Issues in the Workplace 2024, New York, NY.

20. Sonnenberg, S., **Rocchio, L. M.,** Meisler, A., & Fisher, G. (2025). *Trauma in the context of mediation and arbitration.* Invited panel presentation to the Judicial Arbitration and Mediation Services, Inc. (JAMS) Employment Practices Group Conference, New York, NY.

21. Ellis, S., Edersheim, J. G. & **Rocchio, L. M.** (2025). *The neuroscience of trauma and the causes and symptoms of secondary trauma.* Invited panel presentation on Addressing Judicial Challenges with Primary and Secondary Trauma. The Massachusetts Judges' Conference, Barnstable, MA.


## GRANTS

**Blue Cross Blue Shield of Rhode Island**
Behavioral Health Provider Quality Support Grant Pilot Program
*One of three practices awarded grant totaling $696,000 to help local behavioral health practices better anticipate patient needs and close gaps in care.*
Grant recipient of **$**222,764.00 over two years to Lisa M. Rocchio, Ph.D. & Associates, Inc. Recipient of additional $216,400 due to two-year grant extensions.
4/2020 – 2/2024.


## DISSERTATION AND THESIS

1. **Rocchio, L. M.** (1993). <u>Moral reasoning related to gender and dilemma content.</u> Master's thesis, University of RI, Kingston, RI.

2. **Rocchio, L. M.** (1995). <u>The pursuit of beauty through thinness and the impact of advertising on college women's attitudes.</u> Doctoral dissertation, University of RI, Kingston, RI.


## PROFESSIONAL SERVICE ACTIVITIES

<u>American Psychological Association</u>

Division 35 Student Committee Member, 1992 - 1995
Division 35 Student Research Prize Reviewer, 1996 – 2000
Division 56 Membership Chair; Program Review Committee Member, 2010 – 2013
APA Committee for State Leaders, Member-at-large, 2012 – 2013
State Leadership Convention (SLC) 2020 Initiative Task Force, CSL Representative, 2014 – 2015
APA Committee for State Leaders, Chair, 2013 – 2015
APA Committee for State Leaders, Past-Chair, 2015 - 2016
Division 56 Representative to the Committee on Women in Psychology (CWP), 2009 - present
Division 56 Treasurer 2013 – 2021
APA Ethics Committee Member, 2020 – 2023

APA Division 56, Trauma Psychology President-Elect, President,
Past President, 2021-2023
Division 56 Journal, *Trauma Psychology:  Theory, Research,
Practice and Policy*, Editorial Review Board Member,
2014 – present


Association for Women in Psychology

Co-Coordinator, RI Chapter, 1991 - 1995
Student Caucus Coordinator, 1992 – 1995
Student Research Prize Review Committee Member, 1996 – 2000
Conference Planning Committee Member, 1999
Program Review Committee Member, 2011, 1992 - 2000

Blue Cross Blue Shield of RI

Quality Measures Workgroup Member, 2015 - 2021

Coalition of Mental Health Providers in RI

Founding Committee Member, 2004 - 2021

Healthsource RI

Expert Advisory Panel, Member, 2014 - 2015

New England Psychological Association

Program Review Committee, Member, 1995

Rhode Island Primary Care Physicians Corporation Behavioral Health Network

Communications Committee Member, 2013 - 2021
Vision Committee Member, 2014 - 2021

Rhode Island Psychological Association

Ethics Committee Chair, 2006 - 2008
President-Elect, 2011 - 2012
President, 2012 - 2014
Past-President, 2014 – 2015
Secretary, 2015 - 2016
Colleague Assistance Task Force Committee Member, 2010 - 2018
Ethics Committee Member, 1996 - 2022

14

Legislative Affairs Committee Member, 2011 - 2022
Healthcare Task Force/Committee Member, 2013 - 2022
APA Council Representative, 2016 - 2022

<u>Rhode Island and Southeastern Massachusetts Trauma Study Group</u>

Co-founder and member, 2010 - 2016

**PROFESSIONAL ADVOCACY**

<u>Congressional Visits</u>
*Visits organized by the American Psychological Association:*

Medicare.
Representatives David Cicilline and James Langevin (Rhode Island),
Feb, 2012

Medicare and Healthcare Reform.
Senators Jack Reed and Sheldon Whitehouse, (Rhode Island),
Feb., 2012

Medicare.
Senators Jack Reed and Sheldon Whitehouse (Rhode Island),
March, 2014

Medicare. Representatives
David Cicilline and James Langevin (Rhode Island), March, 2014

Medicare. Senators
Jack Reed and Sheldon Whitehouse (Rhode Island), March, 2015

Medicare.
Representatives David Cicilline and James Langevin (Rhode Island),
March, 2015

Medicare and Mental Health Reform.
Senators Jack Reed and Sheldon Whitehouse (Rhode Island),
March, 2016

Medicare and Mental Health Reform.
Representatives David Cicilline and James Langevin (Rhode Island),
March, 2016

15

Rhode Island Legislative Advocacy

Special Joint Commission to Study the Integration of Primary Care and Behavioral Health, Co-Chaired by Senator Joshua Miller and Representative David Bennett, Commission Member.
09/2013 – 02/ 2014

Advocacy regarding local mental health legislation: 2004 - 2016

Local mental health parity legislation, 2004 - present

**COMMUNITY SERVICE ACTIVITIES**

Founding Director, Board of Directors, Quest Montessori School, Exeter, RI 2002 – 2006

Trustee Committee Member, Moses Brown School, Providence, RI, 2008 – 2015

Board of Trustees, Moses Brown School, Providence RI, 2011 - 2017

Clerk, Nominating Committee, Moses Brown School, Providence, RI, 2013 – 2017

Executive Committee Member, Moses Brown School, Providence, RI, 2013 - 3017

Nominating Committee Member, Moses Brown School, Providence, RI, 2011 – 2019

Governance Committee Member, Moses Brown School, Providence, RI, 2019 - 2021

# EXHIBIT B

# <u>Lisa M. Rocchio, Ph.D.</u>

1524 Atwood Ave., Suite 222, Johnston, RI 02919
Phone: 401-751-5880 Fax: 401-751-5881
lrocchio@drlisrocchio.com

**<u>Four-Year Disclosure of Testimony as of 8/8/2025</u>**

- Trial testimony on 5/27/2025 and 5/28/2025 in the matter of *People v. Harvey Weinstein*, New York State Supreme Court, New York, NY

- Trial testimony on 4/14/25 in the matter of *US v Shymell Ephron,* United States District Court, Southern District of New York, NY.

- Trial testimony on 10/17/24 and 10/18/24 in the matter of *Commonwealth of Massachusetts v. Aneka Brown*, Barnstable Superior Court, Barnstable, MA.

- Deposition testimony on 11/15/24 in the matter of *Adam Carmon v. City of New Haven, CT, et al.*, United States District Court, District of Connecticut.

- Deposition testimony on 8/12/24 in the matter of *John Doe v. The Catholic Bishop of Chicago, a corporation sole a/k/a The Roman Catholic Archdiocese of Chicago,* Circuit Court of Cook County, Illinois County Department, Chicago, IL.

- Deposition testimony on 7/19/24 in the matter of *Jane Doe PPA Amanda Doe v. Capital Region Education Council, Greater Hartford Academy of the Arts, and Greater Hartford Academy of the Arts Middle School*, Superior Court, Judicial District of Harford, CT.

- Trial testimony on 6/4/24 in the matter of *US v. Jonathan Jeffress*, Superior Court of the District of Columbia, Washington, DC.

- Trial testimony on 4/29/24 and 4/30/24 in the matter of *US. v. Darius Paduch*, United States District Court, Southern District of New York, NY.

- Daubert Hearing testimony on 4/17/24 in the matter of *US v. Jonathan Jeffress*, Superior Court of the District of Columbia, Washington DC.

- Trial testimony on 2/1/24 in the matter *of Jane Doe v. New York City Department of Education, Mark Waltzer, Douglas Meiners, Michael Eisenberg and John Does #1 - #2*, United States District Court, Eastern District of New York, New York.

- Deposition testimony on 12/8/23 in the matter of *Wendy Moss and Robert Moss v. VR Behavioral Health Services Ltd. and Tracy Robinson*, Circuit Court of Cook County, Illinois.

- Deposition testimony on 7/20/23 in the matter of *Jaimie Santagata v. Miniluxe, Inc.*, United States District Court, District of Rhode Island.

- Trial testimony on 4/20/23 in the matter of *Thomas Moran v. Metro-North Railroad Company, PO Nicholas Strype, PO Douglas Cohen, PO Luigi Seidita, PO Jason Nandoo, PO Joseph Teracciano, and PO Richard Doe,* United States District Court, Southern District of New York, NY, New York.

- Trial testimony on 1/11/23 in the matter of *U.S. v. Robert Hadden*, United States District Court, Southern District of New York, New York.

- Trial testimony on 10/28/22 in the matter of *Haleigh Breest v. Paul Haggis*, Supreme Court of the State of New York, New York.

- Trial testimony on 10/14/22 in the matter of *Michael Malvin v. David Savage*, Supreme Court of the State of New York, County of Nassau.

- Trial testimony on 10/12/22 and 10/13/22 in the matter of *Anthony Rapp v Kevin Spacey.* United States District Court, Southern District of New York, NY

- Trial testimony on 10/7/22 in the matter of *Michael Malvin v. David Savage,* Supreme Court of the State of New York, County of Nassau.

- Hearing testimony on 9/28/22 in the matter of *Michael Malvin v. David Savage,* Supreme Court of the State of New York, County of Nassau.

- Trial testimony on 12/2/2021 in the matter of *United States v. Ghislaine Maxwell*, United States District Court, Southern District of New York, New York, NY.

- Daubert Hearing testimony on 11/10/2021 in the matter of *United States v. Ghislaine Maxwell,* United States District Court, Southern District of New York, New York, NY.