# AGNIFILO
# INTRATER

November 6, 2025

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 20C
New York, NY 10007

    Re: *United States v. Alon Alexander, Oren Alexander & Tal Alexander*,
           24 Cr. 676 (VEC)

Dear Judge Caproni:

    The parties submit this joint letter in connection with our upcoming status conference. In addition to addressing the use of a juror questionnaire, logistics of jury selection in the event of a questionnaire, and trial scheduling and logistics, we would also like to discuss the below topics.

1. Government request that the Court decide the motions *in limine* issues related to Rule 413 and pseudonyms on an expedited schedule, before the final pretrial conference;
2. Defense request to set a date for oral argument promptly after briefing on Rule 413 and 404(b) is complete;
3. Seek clarification on whether Defendants' 412 notice, due November 10, can be a notice or must be a motion pursuant to Rule 412;
4. Defense request to set a schedule for 3500 production and a deadline for outstanding iCloud productions; and
5. Defense request that the parties commit to proceeding to trial on the current indictment.

    Thank you for your consideration.

                                                                                           Respectfully submitted,

| | |
|---|---|
| JAY CLAYTON | |
| United States Attorney | _____ |
| | Marc Agnifilo |
| Kaiya Arroyo | Teny Geragos |
| Elizabeth A. Espinosa | Zach Intrater |
| Andrew Jones | Agnifilo Intrater LLP |
| Madison Reddick Smyser | |
| Assistant United States Attorneys | *Attorneys for Oren Alexander* |

Hon. Valerie E. Caproni
November 6, 2025
Page 2 of 2

                                                        Howard Srebnick
                                                        Jackie Perczek
                                                        Jason Goldman

                                                        *Attorneys for Alon Alexander*

                                                        Milton L. Williams
                                                        Alex Kahn
                                                        Deanna Paul

                                                        *Attorneys for Tal Alexander*

cc:       All counsel (via ECF)