```
UNITED STATES DISTRICT COURT                        USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                       DOCUMENT
                                                    ELECTRONICALLY FILED
-------------------------------------------------X  DOC #:_____
                                                 :  DATE FILED: 11/7/2025
 UNITED STATES OF AMERICA,                       :
                                                 :
            -against-                            :   24-CR-676 (VEC)
                                                 :
 ALON ALEXANDER, OREN ALEXANDER, and             :   POST-CONFERENCE
 TAL ALEXANDER,                                  :   SCHEDULING ORDER
                                                 :
                        Defendants.              :
                                                 :
-------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on Thursday, October 30, 2025, the parties jointly requested that the Court hold a status conference to discuss various pre-trial matters, *see* Dkt. 166; and

WHEREAS on Thursday, November 6, 2025, the Court held a status conference with the parties;

IT IS HEREBY OREDERED that:

- By **Monday, November 10, 2025**, the Government is directed to submit amended redactions to (i) the Court's October 17, 2025, Opinion & Order, and (ii) the Government's supplemental declaration, consistent with the Court's guidance regarding the purpose and utility of such redactions.

- By **Friday, November 14, 2025**, the parties are directed to file a joint letter via ECF stating each parties' position on whether the use of a jury questionnaire to facilitate *voir dire* is preferable and whether the parties have reached an agreement on a process of oral *voir dire* that includes an individualized questioning component.  In the same letter, the parties are directed to state their respective position on whether juror names should remain anonymous to the public.

- By **Monday December 8, 2025**, any party seeking to introduce any evidence covered by Federal Rule of Evidence 412 must make an appropriate motion. Any motion by Defendants must be a consolidated motion. Responses to any such motion must be filed by **Friday, December 12, 2025**. Reply papers must be filed by **Tuesday, December 16, 2025**.

IT IS FURTHER ORDERED that, as soon as practicable, the Government must furnish Defendants with iCloud data that has been collected from third parties pursuant to search warrants as required by the Federal Rules of Criminal Procedure.

IT IS FUTHER ORDERED that Defendants promptly notify the Government when they receive returns to any subpoenas issued pursuant to Federal Rule of Criminal Procedure 17.

**SO ORDERED.**

Date: November 7, 2025
New York, NY

_____
**VALERIE CAPRONI
United States District Judge**