

250 Vesey Street  
27th Floor  
New York, NY 10281

wmhwlaw.com  
T: 212-335-2030  
F: 212-335-2040

November 7, 2025

**VIA ECF**

Hon. Valerie E. Caproni  
United States District Court  
Southern District of New York  
500 Pearl Street, Courtroom 20C  
New York, New York 10007

      Re:    *United States v. Alexander*, Docket No. 24-CR-00676 (VEC)

Dear Judge Caproni:

      On behalf of Tal, Alon, and Oren Alexander (together, the "Defendants"), we respectfully request that the Defendants' supplemental letter in support of their motion to suppress in-court identifications be filed with redactions and the accompanying exhibits under seal. These documents each contain information that may identify alleged victims and government witnesses and infringes on their privacy interests.

      As the Court found previously with respect to the Defendants' motions to suppress (*see* ECF 116), the filed materials are "judicial documents" to which the common law right of public access attaches; the weight of that presumption is moderate; and the interests in protecting the privacy of alleged victims and witnesses outweigh that presumption. *See United States v. Akhavan*, 532 F. Supp. 3d 181, 184 (S.D.N.Y. 2021) (quoting *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006)). These same factors apply here and justify redactions and sealing.

      We will also submit highlighted proposed redactions for in camera review, as required by Your Honor's Individual Criminal Rule 3(A)(1). We note that the Government produced Exhibits 1, 4, 5, and 7 to the defense with redactions applied to certain portions of the text. The defense does not possess copies of these documents without the redactions, and the defense has not applied any further redactions.

      Respectfully submitted,

      */s/ Milton L. Williams*  
      Milton L. Williams  
      Deanna M. Paul  
      Alexander Kahn  
      *Attorneys for Defendant Tal Alexander*

/s/ Howard Srebnick
Howard Srebnick
Jackie Perczek
Jason Goldman
*Attorneys for Defendant Alon Alexander*


/s/ Marc Agnifilo
Marc Agnifilo
Zach Intrater
Teny Geragos
*Attorneys for Defendant Oren Alexander*

cc:   All counsel via ECF