

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 23, 2025

**Filed via ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

>      Re:    *United States v. Alon Alexander, Oren Alexander, and Tal Alexander,*
>             **S3 24 Cr. 676 (VEC)**

Dear Judge Caproni:

The Government respectfully submits this supplemental letter to provide clarification regarding Victim-7's concerns about testifying under her true name.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Following the Court's request for individualized justifications for each victim seeking to testify under a pseudonym, the Government spoke with Victim-7's counsel ("Counsel"). In that conversation, Counsel raised specific concerns about testifying publicly under her true name, including ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Counsel did not state that ▮▮▮▮ ▮▮▮ However, based on the Government's understanding of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and prior conversations with Counsel and Victim-7, including ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Upon further conversation with Counsel following the defendants' December 19, 2025 letter, the Government now understands that its understanding was inaccurate and sincerely apologizes for its error, which rests entirely on the Government's misinterpretation.

The Government understands that Counsel would like to submit an attorney declaration on behalf of Victim-7 to provide the Court with his client's specific concerns about testifying under her true first name. Pursuant to the Court's December 22, 2025 Order (Dkt. 267), the Government will provide the Court with Counsel's declaration by December 31, 2025.

Page 2

Thank you for your consideration.

                          Respectfully submitted,

                          JAY CLAYTON
                          United States Attorney

                    By:  ___/s_____
                          Kaiya Arroyo
                          Elizabeth A. Espinosa
                          Andrew Jones
                          Madison Reddick Smyser
                          Assistant United States Attorneys
                          (212) 637-2226/-2216/-2249/-2381