```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/8/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                          :
UNITED STATES OF AMERICA          :
                                                          :
               -against-               :          24-CR-676 (VEC)
                                                          :
ALON ALEXANDER, OREN ALEXANDER, and  :        SCHEDULING ORDER
TAL ALEXANDER,                                   :
                                                          :
                          Defendants.     :
                                                          :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       IT IS HEREBY ORDERED that the Final Pretrial Conference in this matter scheduled for **Tuesday, January 13, 2026, at 10:00 A.M.**, and the trial commencing on **Tuesday, January 20, 2026, at 10:00 A.M.**, will take place in Courtroom **26A** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.  The hearings on Monday, January 12, 2026, at 11:00 A.M. and 2:30 P.M. will take place in Courtroom **20C**, as originally scheduled, *see* Dkts. 281, 283.

       SO ORDERED.

Date:  January 8, 2026                                 _____
       New York, NY                                    VALERIE CAPRONI
                                                     United States District Judge