

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 8, 2026

**Filed via ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    ***United States v. Alon Alexander, Oren Alexander, and Tal Alexander,***
            **S5 24 Cr. 676 (VEC)**

Dear Judge Caproni:

      The Government respectfully writes to inform the Court that earlier today a grand jury returned a fifth superseding indictment (attached as Exhibit A) against the defendants in this case.

      The fifth superseding indictment adds one charge, based on the same conduct charged in Count Ten. The new count (Count Eleven)[1] charges Oren and Alon Alexander with Sexual Abuse by Physical Incapacitation, in violation of 18 U.S.C. §§ 2242(2)(B), 3238, 7, and 2. Both Oren and Alon Alexander were previously charged for this same conduct in Count Ten, which charges Aggravated Sexual Abuse by Force or Threat or Intoxicant, in violation of 18 U.S.C. §§ 2241(a)(1), (b)(2), 3238, 7, and 2. Because Count Eleven is based on the same conduct as Count Ten, there is no additional discovery or changes to the Government's witnesses or exhibits.

                    Respectfully submitted,

                    JAY CLAYTON
                    United States Attorney

              By:   ___/s_____
                    Kaiya Arroyo / Elizabeth A. Espinosa
                    Andrew Jones / Madison Reddick Smyser
                    Assistant United States Attorneys
                    (212) 637-2226/-2216/-2249/-2381

cc: *All defense counsel*

---

[1] Count Eleven in the fourth superseding indictment is now Count Twelve.