**WMHW** WALDEN MACHT HARAN & WILLIAMS LLP

250 Vesey Street
27th Floor
New York, NY 10281

wmhwlaw.com
T: 212-335-2030
F: 212-335-2040

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/9/2026___

January 8, 2026



**Via ECF**
Hon. Valerie Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Alexander, et al.*, 24-CR-676

Dear Judge Caproni:

      We write on behalf of Tal Alexander, Oren Alexander and Alon Alexander ("Defendants") pursuant to Your Honor's Individual Criminal Rule 3(A)(1). We respectfully request to file the Defendants' opposition to Victim 1's motion to quash, and accompanying exhibits, with limited redactions. We respectfully request these redactions because the briefing contains sensitive information that would identify victims and witnesses, and to protect the privacy interests of uncharged third parties and government witnesses. *See United States v. Amodeo*, 44 F.3d 141, 147 (2d Cir. 1995); *United States v. Jones*, 21-CR-59 (LAP), at *9 (S.D.N.Y. April 19, 2024).

      The Government and counsel for Victim 1 consent to this request.

      We will submit highlighted proposed redactions for *in camera* review, as required by Your Honor's Individual Criminal Rule 3(A)(1).

      Sincerely,

      */s/ Milton L. Williams*
Milton L. Williams
Deanna M. Paul
Alexander Kahn
WALDEN MACHT HARAN & WILLIAMS, LLP
250 Vesey Street, 27th Floor
New York, NY 10281

*Attorneys for Tal Alexander*

                                            */s/ Howard Srebnick*
                                            Howard Srebnick
                                            BLACK SREBNICK, P.A.
                                            201 South Biscayne Boulevard
                                            Suite 1300
                                            Miami, FL 33131

                                            *Attorneys for Alon Alexander*

                                            */s/ Marc Agnifilo*
                                            Marc Agnifilo
                                            Teny Geragos
                                            Zach Intrater
                                            Agnifilo Intrater LLP
                                            140 Broadway, Ste. 2450
                                            New York, NY 10005

                                            *Attorneys for Oren Alexander*

---

Application GRANTED. Defendants may file their opposition to Victim 1's motion to quash, and the exhibits thereto, with limited redactions. The documents submitted at Dkts. 294, 294-1, and 294-2, are the operative public versions.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 295.

SO ORDERED.

*[signature: Valerie Caproni]*                      1/9/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE