# EXHIBIT A



*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 30, 2025

| | | |
|---|---|---|
| Howard Srebnick | Marc Antony Agnifilo | Milt Williams |
| HSrebnick@royblack.com | marc@agilawgroup.com | mwilliams@whwlaw.com |
| | | |
| Jackie Perczek | Teny Geragos | Deanna Paul |
| jperczek@royblack.com | teny@agilawgroup.com | DPaul@wmhwlaw.com |
| | | |
| Jason Goldman | Zach Intrater | Alexander Kahn |
| jg@jasongoldmanlaw.com | zach@agilawgroup.com | akahn@wmhwlaw.com |

      Re:    *United States v. Alon Alexander, Oren Alexander, and Tal Alexander*,
             **S4 24 Cr. 676 (VEC)**

Dear Counsel:

      Pursuant to Federal Rule of Criminal Procedure 12.1(a), the Government hereby demands written notice if the defendants intend to offer a defense of alibi. The offenses as to the following victims occurred in the vicinity of the following locations on the following approximate dates:

- Victim-1: 6 Grape Arbor Lane, East Hampton, NY 11937, on or about Memorial Day Weekend 2011, *i.e.*, May 27-30, 2011

- Victim-2: 26 On the Bluff, Sag Harbor, NY 11963, on or about the evening of September 3, 2016

- Minor Victim-3: 88 Peconic Hills, Southampton, NY 11968, on or about Memorial Day Weekend 2009, *i.e.*, May 22-25, 2009

- Victim-4: 88 Peconic Hills, Southampton, NY 11968, on or about June 26-27, 2009

- Victim-5: 88 Peconic Hills, Southampton, NY 11968, on or about June 26-27, 2009

- Victim-6: 26 On the Bluff, Sag Harbor, NY 11963, on or about the morning of August 17, 2014

- Victim-7: Aboard the Norwegian Sky cruise ship travelling between Miami, Florida and the Bahamas, on or about the evening of January 28, 2012, through the early morning of January 29, 2012

- Minor Victim-8[1]: 55 West 26th Street, Apt. 31K, New York, NY 10010, on or about the late evening of April 15, 2009, through the morning of April 16, 2009

- Victim-9: The Little Nell, 675 E. Durant Avenue, Aspen, CO 81611, on or about the evening of January 26, 2017, through the early morning of January 27, 2017

- Victim-10: The Cosmopolitan of Las Vegas, 3708 S. Las Vegas Boulevard, Las Vegas, NV 89109, on or about the evening of August 26, 2017, through the early morning of August 27, 2017

- Victim-11: The Cosmopolitan of Las Vegas, 3708 S. Las Vegas Boulevard, Las Vegas, NV 89109, on or about the evening of August 26, 2017, through the early morning of August 27, 2017

- Victim-12: 123 Baxter Street, Apt. 3A, New York, NY 10013, on or about the late evening of June 21, 2012, through the early morning of June 22, 2012

- Victim-13: 150 Hayarkon, Tel Aviv, Israel, on or about March 23, 2016, at approximately 8:00 p.m.

- Victim-14: 158 Mercer Street, Apt. 4M, New York, NY 10012, on or about the evening of May 24, 2016, through the early morning of May 25, 2016

- Victim 15: Atlantis Paradise Island Bahamas, 3MMH+GG Nassau, The Bahamas, on or about the late evening of December 1, 2017, through the early morning of December 2, 2017

- Victim-16: 123 Baxter Street, Apt. 3A, New York, NY 10013, on or about the evening of February 10, 2011

- Victim-18: 3451 Flamingo Drive, Miami, FL 33140, on or about the late evening of October 25, 2021, through the early morning of October 26, 2021

- Victim-19: 3451 Flamingo Drive, Miami, FL 33140, in or about mid-March 2021

- Victim-20: Aspen, Colorado, in or about December 2009

- Victim-21: 55 West 26th Street, Apt. 31K, New York, NY 10010, on or about the late evening of March 5, 2010, through the early morning of March 6, 2010

---

[1] Minor Victim-8 herein refers to the victim identified in Count Eleven of the S4 Superseding Indictment. The victim previously identified as Minor Victim-8 will hereafter be referred to as Minor Victim-26.

Page 3

- Victim-23: 5875 Collins Avenue, Apt. 401, Miami Beach, FL 33140, in or about the early morning of December 2, 2015

- Victim-24: 158 Mercer Street, Apt. 4M, New York, NY 10012, on or about December 16, 2015, between approximately 1:30 a.m. and 2:30 a.m.

- Minor Victim-25: The Little Nell, 675 E. Durant Avenue, Aspen, CO 81611, on or about the late evening of January 26, 2017, through the early morning January 27, 2017

- Minor Victim-26: The Little Nell, 675 E. Durant Avenue, Aspen, CO 81611, on or about the late evening of January 26, 2017, through the early morning January 27, 2017

The Government requests a response to our Rule 12.1 demand by January 13, 2026, *i.e.*, 14 days from the date of this request. *See* Fed. R. Crim. P. 12.1(a)(2). The Government's ability to give its Rule 12.1(b)(1) disclosure at least 14 days before trial will depend on when the Government receives a response from the defense, but the Government will provide such disclosure as soon as practicable.

Very truly yours,

JAY CLAYTON
United States Attorney

By:   /s/_____
Kaiya Arroyo
Elizabeth A. Espinosa
Andrew W. Jones
Madison Reddick Smyser
Assistant United States Attorneys
(212) 637-2226/-2216/-2249/-2381