```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/16/2026___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA                                       :
                                                               :
            -against-                                          :    24-CR-676 (VEC)
                                                               :
ALON ALEXANDER, OREN ALEXANDER, and                            :    ORDER
TAL ALEXANDER,                                                 :
                                                               :
                           Defendants.                         :
                                                               :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendants moved, under seal, pursuant to Federal Rule of Evidence 412 ("Rule 412") to admit various pieces of evidence and testimony regarding the victims ("412 Motions"); and

WHEREAS on Monday, January 12, 2026, and Tuesday, January 13, 2026, the Court heard oral argument under seal on Defendants' 412 Motions;

IT IS HEREBY ORDERED that, for the reasons stated at the hearings and herein:

- Defendants' 412 Motion as to Victim 1 is DENIED in part. ███████

   ███████████████████████████████████

   ███████████████████████████████████

   ███████████████████████████████████

   ███████████████████████████████████

   ████████████████████████

- Defendants' 412 Motion as to Victim 2 is GRANTED in part. ███████

   ███████████████████████████████████

   ███████████████████████████████████

   ███████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████

█████████████████████████████

- Defendants' 412 Motion as to Minor Victim 3 is GRANTED in part and DENIED in part. ████████████████████████████

████████████████████████████

████████████████████████████████████

████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

- Defendants' 412 Motion as to Victim 4 is GRANTED in part and DENIED in part as moot for the reasons given during the hearings. ██████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████

- Defendants' 412 Motions as to Victims 5, 7, and 11 are DENIED for the reasons given during the hearings.

- Defendants' 412 Motions as to Victims 9, 12, 23, and Minor Victim 26 are DENIED as moot.

2

- Defendants' 412 Motions as to Victims 10 and 13 are GRANTED in part. ███

  ████████████████████████████████████

  ████████████████████████████████████

  ██████████████████████████

- Defendants' 412 Motion as to Victim 15 is GRANTED without objection from the Government.

- Defendants' 412 Motion as to Victim 21 is GRANTED. ██████

  ████████████████████████████████████

  ████████████████████████████████████

  ████████████████████████████████████

  ████████████████████████████████████

  ██████████████████████

SO ORDERED.

Date:  January 16, 2026
       New York, NY

_____
VALERIE CAPRONI
United States District Judge