```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/16/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA                                       :
                                                               :
                    -against-                                  :   24-CR-676 (VEC)
                                                               :
ALON ALEXANDER, OREN ALEXANDER, and                            :   ORDER
TAL ALEXANDER,                                                 :
                                                               :
                              Defendants.                      :
                                                               :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 12, 2026, the Government submitted under seal a letter motion *in limine* to admit the testimony of ███████████████████████████████ as "direct evidence of the conspiracy charged in Count One to demonstrate that the conspiracy existed prior to ███████████████████████████████████████ ████████████"; and

WHEREAS on January 14, 2026, Defendants opposed the Government's motion in a sealed letter;

IT IS HEREBY ORDERED that the Government's motion to admit testimony of ███ ████████████████████ as direct evidence of the alleged conspiracy is DENIED. The Government's proffered evidence ████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████

[redacted]

To the extent the Government seeks to admit the testimony under any other rule, including as "other crimes" evidence pursuant to Federal Rule of Evidence 404(b)(2), the request is denied.  The deadline for the Government to provide notice to Defendants of its intent to admit Rule 404(b) evidence was October 17, 2025.  *See* Dkt. 163.  The Government has not provided a reason to justify its delay, and the Court finds that no good cause exists to excuse the "reasonable notice" requirement of Rule 404(b)(3)(A).

Nor is the Court convinced that the proffered evidence helps the Government "illustrate the origins of the [D]efendants' conspiracy," [redacted].  But even if the evidence were helpful to the Government in the way that it claims, the stated rationale does not fall within the permitted uses of Rule 404 evidence – *i.e.*, to prove motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake, or lack of accident.  [redacted]  Such character evidence is plainly inadmissible.  Fed R. Evid. 404(a)(1).

As a final note, the Government has repeatedly represented to both the Defense and the Court that it would not rely on the evidence it now seeks to admit.  The Court is not inclined to

prejudice Defendants by permitting the Government to renege on its assurances less than two weeks before evidence will begin to be presented in this case.

Not later than **Friday, January 23, 2026**, the parties are directed to file on the public docket, with appropriate redactions, the letter motions and briefing that are the subject of this order.

SO ORDERED.

Date:  January 16, 2026
       New York, NY

VALERIE CAPRONI
United States District Judge