UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/16/2026
```

---------------------------------------------------------------X
                                 :

    UNITED STATES OF AMERICA              :

                                  :

            -against-                  :            24-CR-676 (VEC)

                                  :

    ALON ALEXANDER, OREN ALEXANDER, and   :             ORDER
    TAL ALEXANDER,

                                  :

                     Defendants.     :

                                  :
---------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on Friday, January 14, 2026, Defendants submitted under seal supplemental motions *in limine*;

       IT IS HEREBY ORDERED that the Government may submit a response to Defendants' supplemental motions *in limine* not later than **5:00 P.M. on Monday, January 19, 2026**.

       SO ORDERED.

Date: January 16, 2026                _____
      New York, NY                    VALERIE CAPRONI
                                  United States District Judge