AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br>Alon Alexander, Oren Alexander, and Tal Alexander<br><br>*Defendant* | )<br>)<br>)  Case No. 24-676<br>)<br>) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: ███████████████████

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Daniel Patrick Moynihan<br>United States Courthouse<br>500 Pearl St. | Courtroom No.: | 20C |
|---|---|---|---|
| | | Date and Time: | 01/20/2026 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

See Attachment A

CLERK OF COURT

Date: 01/18/2026

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Tal Alexander  , who requests this subpoena, are:

Deanna Paul
Walden Macht Haran & Williams
250 Vesey Street, 27th Floor
New York, NY 10281
dpaul@wmhwlaw.com
(305) 815-4500

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 24-676

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**ATTACHMENT A**

## ATTACHMENT A

### Instructions and Definitions

1. "Concerning" means relating to, referring to, describing, evidencing or constituting.

2. "You" and "Your" refer to the recipient of this subpoena, and any of its relevant parent, affiliate, subsidiary, predecessor or successor entities.

3. And/Or. The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

### Requests for Production

1. Email written by You to an individual named ▮▮▮ on or around December 31, 2009 (New Years Eve), which was referenced by You during an October 23, 2025 meeting with federal law enforcement;

2. Facebook messages and text messages between You and ▮▮▮, between May 16, 2009 and May 22, 2009, regarding plans for Memorial Day Weekend 2009, which were referenced by You during October 23, 2025 and November 11, 2025 meetings with federal law enforcement;

3. LinkedIn messages between You and ▮▮▮, on or around October 2024, concerning ▮▮▮, which were referenced by You during an October 23, 2025 meeting with federal law enforcement; and

4. Posts on Facebook, Instagram, and/or LinkedIn about the October 7, 2023 attacks, specifically about children murdered in Palestine, rubble in Gaza, genocide, and the Israeli people, which were referenced by You during an October 23, 2025 meeting with federal law enforcement.

All responsive data is to be provided in both Adobe PDF format and Microsoft Excel format, .TXT or .CSV format.

Please respond to this subpoena via email to:

Deanna Paul
Walden Macht Haran & Williams, LLP.
250 Vesey Street, 27th Floor
New York, NY 10282
(212) 335-2035
dpaul@wmhwlaw.com