

| | |
|---|---|
| 17 State Street<br>39th Floor<br>New York, NY 10004<br><br>Office 212·232·2500<br>Fax 212·232·2509<br><br>TorganCooperAaron.com | ATTORNEYS AT LAW<br>EVAN TORGAN<br>EDWARD T. COOPER<br>MITCHELL K. AARON<br><br>JONATHAN TABAR<br>BRENDAN BROWN<br><br>MITCHELL R. DRACH<br>Of Counsel |

January 26, 2026

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re: United States v. Alon Alexander, Oren Alexander, and Tal Alexander
       <u>S4 24 Cr. 676 (VEC)</u>

Your Honor:

  We represent Victims 2, 4, 5, 10, 11, 12, 13, 15, 21, Minor Victims 3 and 26 in this matter. We hereby submit the instant letter motion seeking permission to file in redacted form the letter motion seeking to quash a Rule 17(c) subpoena on behalf of Victim 12. As per the Part rules, the redacted version is being contemporaneously filed on ECF and a copy with the highlighted proposed redactions is being sent to Chambers via email with copy to all counsel of record. Due to having received a copy of the subject subpoena today at 5:50 p.m. via email requesting production of documents tomorrow morning, the instant motion is being made on an emergent basis and we were not able to ascertain defense counsel's position on our request for redactions. We seek the redactions so as to protect the identity of our client and the privacy of other third parties named in the subject subpoena.

                 Respectfully submitted,

                 TORGAN COOPER & AARON, P.C.

                 By: <u>*/s/Evan Torgan*</u>
                  Evan Torgan
                  Jonathan Tabar

cc: All counsel (via ECF)