*Law Offices of*
## Miller & Miller

26 Court Street
Suite 2511
Brooklyn, New York 11242

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/30/2026

**Andrew R. Miller, Esq.***
<u>**Natalie M. Miller, Esq.**</u>
**Arthur H. Miller, Esq., 1998**

*\*Also licensed in the District of Columbia*

Telephone (718) 522 - 0023
Facsimile (718) 522 - 0024
Internet www.millerlawny.com
Email armiller@millerlawny.com
nmiller@millerlawny.com

January 30, 2026

<u>VIA</u>   Email and ECF

Hon. Valerie E. Caproni
Southern District of New York
United States District Judge
500 Pearl St
New York, NY 10007

**MEMO ENDORSED**

Re: United States v. Tal Alexander et al, 24-CR-676

Dear Judge Caproni,

  I represent a non-party witness in the above-captioned matter concerning a subpoena that was served upon said witness by Defendant Tal Alexander. I am writing to request leave to file said witness' motion to quash the subpoena in redacted format.

  I note in support of this application that the underlying subpoena and the motion to quash identify both a purported victim in the aforesaid action as well as my client, who herself is a potential witness, herein, and in the class of individuals who can also be characterized as victims of the subject Defendants' alleged actions. In view of the sensitive nature of the allegations in the underlying case, redaction of the names of my client and the aforementioned victim is appropriate.

  Consistent with the Court's rules I have filed a redacted copy of the letter motion on ECF and emailed an unredacted copy to chambers.

  I thank the Court for its consideration in this matter.

Sincerely,

Andrew Miller

*Digitally signed by Andrew Miller
DN: cn=Andrew Miller, o=Law Offices of Miller and Miller, ou, email=armiller@millerlawny.com, c=US
Date: 2026.01.30 13:13:37 -05'00'*

Andrew Miller

Application GRANTED. Non-Party Witness 2 may file her motion to quash, and the exhibits thereto, with limited redactions. The documents submitted a Dkts. 371, 371-1, and 371-2 are the operative public versions.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 370.

SO ORDERED.

*[signature: Valerie Caproni]*   1/30/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE