UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                :

UNITED STATES OF AMERICA           :

                           :

         -against-          :       24-CR-676 (VEC)

                           :

ALON ALEXANDER, OREN ALEXANDER, and  :       ORDER
TAL ALEXANDER,               :

                           :

              Defendants.   :

                           :

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that Ms. Gina Castellano, Esq., of the law firm Cadwalader,

Wickersham & Taft LLP, be granted access to file via CM/ECF in the above-captioned action as

the representative of an interested party ("Victim 9") to this case.

      SO ORDERED.

_____
Date:   February 4, 2026                  VALERIE CAPRONI
      New York, NY                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____2/4/2026____