# EXHIBIT A

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Alon Alexander, Oren Alexander, and Tal Alexander | ) | Case No. 24-Cr-676 |
| *Defendant* | ) | |

**SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE**

To: ▇▇▇▇▇▇ c/o Gina Castellano

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Daniel Patrick Moynihan United States Courthouse 500 Pearl St. | Courtroom No.: | 26A |
|---|---|---|---|
| | | Date and Time: | 02/04/2026 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

On the day you testify, please produce the items listed in Attachment A.

CLERK OF COURT

Date: 01/31/2026

*Tammi M. Hellwig*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ___Alon Alexander___ , who requests this subpoena, are:

Jackie Perczek
Howard Srebnick
BLACK SREBNICK
201 South Biscayne Blvd
Suite 1300
Miami, FL 33131
305-371-6421 (office)
305-710-9242 (Jackie cell)
jperczek@royblack.com

Case No.  24-Cr-676

# PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                      *Server's signature*

                                      _____
                                      *Printed name and title*

                                      _____
                                      *Server's address*

Additional information regarding attempted service, etc:

# **ATTACHMENT A**

Regarding the events at Bootsey Bellows, at the Little Nell residence, and Alon and Oren Alexander, which occurred on or about January 26-27, 2017, please produce:

1. Photographs,

2. videos,

3. your social media posts, and

4. your non-privileged communications (*e.g.*, texts, DMs, Facebook messages, etc.)

Please produce items in their native format with all metadata preserved.

Please respond to this subpoena via email to:

Jackie Perczek
**jperczek@royblack.com**
Maylin Brito (paralegal)
**mbrito@royblack.com**

Black Srebnick
201 South Biscayne Blvd
Suite 1300
Miami, FL 33131
305-710-9242 (Jackie)