**WILMERHALE**

February 6, 2026

**Susan Schroeder**

+1 212 230 8865 (t)
+1 212 230 8888 (f)
susan.schroeder@wilmerhale.com

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *United States v. Alexander et al.*, Docket 24-CR-00676 (VEC) (S.D.N.Y.) –
Motion to Quash Rule 17(c) Subpoena on behalf of Minor Victim 25

Your Honor:

We write on behalf of our client Minor Victim 25 in connection with the above-referenced matter.  On February 1, 2026 at approximately 6:04 p.m., counsel for Defendant Alon Alexander ("Defendant") served Minor Victim 25 with a subpoena pursuant to Federal Rule of Criminal Procedure 17(c) (the "Subpoena").[1]  The Subpoena is identical to the subpoenas served on Minor Victim 26 and Victim 9 that were quashed by this Court on February 4, 2026 and February 5, 2026.  *See* Dkt. Nos. 386 and 389.  The Subpoena seeks sweeping categories of documents, including photographs, videos, social media posts, texts, direct messages, and Facebook messages relating to "events at Bootsey Bellows, at the Little Nell residence, and Alon and Oren Alexander, which occurred on or about January 26-27, 2017."  Exhibit A.

Considering this Court's admonishment of Defendants for repeatedly serving Rule 17(c) subpoenas that are "inappropriate and unreasonable," Dkt. No. 389, we conferred with counsel for the Defendant on February 5, 2026 and requested that they withdraw the Subpoena.  Counsel refused and indicated that while they anticipate the Court will rule as it has with the other subpoenas and quash the Subpoena, they wish to preserve the issue and adopt all arguments previously made in writing to the Court.  We now respectfully move to quash the Subpoena in its entirety pursuant to Rule 17(c)(2) for the same reasons set forth in the Court's prior orders.

The Subpoena suffers from the same incurable defects as other subpoenas this Court has quashed.  S*ee, e.g.,* Dkt. Nos. 328, 385, 386, 389.  As this Court has explained, Rule 17(c) requires a subpoena *duces tecum* to "identify specific, relevant evidence that is likely to be admissible." Dkt. No. 389 (citing *United States v. Nixon*, 418 U.S. 683, 700 (1974)).  The Subpoena does not meet that standard as it "fail[s] to *specifically* identify any documents that Defendants seek, nor is there any showing that the materials sought exist whatsoever."  *Id.*  Instead, Defendant pursues yet another fishing expedition where "the fish . . . aren't biting."  *Id.*

---

[1]     The Subpoena is attached at Exhibit A.

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Berlin     Boston     Brussels     Denver     Frankfurt     London     Los Angeles     New York     Palo Alto     San Francisco     Washington

WILMERHALE

The Honorable Valerie E. Caproni
February 6, 2026
Page 2


Accordingly, for these reasons and for the reasons set forth in the Court's prior orders, we respectfully request that the Court quash the Subpoena.

We appreciate the Court's consideration.



Respectfully Submitted,


/s/ Susan Schroeder
Susan Schroeder


cc:    All counsel (Via ECF)

# Exhibit A

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Alon Alexander, Oren Alexander, and Tal Alexander | ) | Case No.  24-Cr-676 |
| | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:    ▮▮▮▮▮▮▮    c/o Susan Schroeder

        **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Daniel Patrick Moynihan United States Courthouse 500 Pearl St. | Courtroom No.: | 26A |
|---|---|---|---|
| | | Date and Time: | 02/04/2026 9:00 am |

        You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

On the day you testify, please produce the items listed in Attachment A.

*CLERK OF COURT*

Date:    01/31/2026

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Alon Alexander
_____ , who requests this subpoena, are:

Jackie Perczek
Howard Srebnick
BLACK SREBNICK
201 South Biscayne Blvd
Suite 1300
Miami, FL 33131
305-371-6421 (office)
305-710-9242 (Jackie cell)
jperczek@royblack.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   24-Cr-676

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## ATTACHMENT A

Regarding the events at Bootsey Bellows, at the Little Nell residence, and Alon and Oren Alexander, which occurred on or about January 26-27, 2017, please produce:

1.    Photographs,

2.    videos,

3.    your social media posts, and

4.    your non-privileged communications (*e.g.*, texts, DMs, Facebook messages, etc.)


Please produce items in their native format with all metadata preserved.


Please respond to this subpoena via email to:

Jackie Perczek
**jperczek@royblack.com**
Maylin Brito (paralegal)
**mbrito@royblack.com**

Black Srebnick
201 South Biscayne Blvd
Suite 1300
Miami, FL 33131
305-710-9242 (Jackie)