

17 State Street
39th Floor
New York, NY 10004

Office 212·232·2500
Fax 212·232·2509

TorganCooperAaron.com

ATTORNEYS AT LAW

EVAN TORGAN
EDWARD T. COOPER
MITCHELL K. AARON

JONATHAN TABAR
BRENDAN BROWN

MITCHELL R. DRACH
Of Counsel

February 24, 2026

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. Alon Alexander, Oren Alexander, and Tal Alexander
      S4 24 Cr. 676 (VEC)

Your Honor:

    We represent Victims 2, 4, 5, 10, 11, 12, 13, 15, 21, Minor Victims 3 and 26 in this matter. We hereby submit the instant letter motion seeking permission to file in redacted form the letter motion seeking to quash a Rule 17(c) subpoena on behalf of Victim 13. As per the Part rules, the redacted version is being contemporaneously filed on ECF and a copy with the highlighted proposed redactions is being sent to Chambers via email with copy to all counsel of record. Counsel for Defendants do not take a position on our request for redactions. We seek the redactions so as to protect the identity of our client and the privacy of a third party named in the subject subpoena.

                      Respectfully submitted,

                      TORGAN COOPER & AARON, P.C.

                      By: */s/Evan Torgan*
                          Evan Torgan
                          Jonathan Tabar

cc:   All counsel (via ECF)