

```
                                    17 State Street      ATTORNEYS AT LAW
                                    39th Floor           EVAN TORGAN
                                    New York, NY 10004   EDWARD T. COOPER
                                                         MITCHELL K. AARON
                                    Office 212-232-2500
                                    Fax 212-232-2509     JONATHAN TABAR
                                                         BRENDAN BROWN
                                    TorganCooperAaron.com
                                                         MITCHELL R. DRACH
                                                         Of Counsel
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2026

February 24, 2026

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: United States v. Alon Alexander, Oren Alexander, and Tal Alexander
S4 24 Cr. 676 (VEC)

Your Honor:

We represent Victims 2, 4, 5, 10, 11, 12, 13, 15, 21, Minor Victims 3 and 26 in this matter. We hereby submit the instant letter motion seeking permission to file in redacted form the letter motion seeking to quash a Rule 17(c) subpoena on behalf of Victim 13. As per the Part rules, the redacted version is being contemporaneously filed on ECF and a copy with the highlighted proposed redactions is being sent to Chambers via email with copy to all counsel of record. Counsel for Defendants do not take a position on our request for redactions. We seek the redactions so as to protect the identity of our client and the privacy of a third party named in the subject subpoena.

Respectfully submitted,

TORGAN COOPER & AARON, P.C.

By: /s/Evan Torgan
    Evan Torgan
    Jonathan Tabar

cc: All counsel (via ECF)

Application GRANTED. Victim 13 may file her motion to quash Defendants' Rule 17(c) subpoena, and the exhibit thereto, with limited redactions. The documents submitted at Dkts. 426 and 426-1 are the operative public versions.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 425.

SO ORDERED.

*[signature]*                                    2/24/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE