```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA                                      :
                                                              :
              -against-                                       :   24-CR-676 (VEC)
                                                              :
ALON ALEXANDER, OREN ALEXANDER, and                           :   SCHEDULING ORDER
TAL ALEXANDER,                                                :
                                                              :
                                       Defendants.            :
                                                              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__3/10/2026___

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 9, 2026, the jury returned a verdict finding:

- Alon Alexander guilty of conspiracy to commit sex trafficking, sex trafficking, sex trafficking of a minor, inducement to travel to engage in unlawful sexual activity, aggravated sexual abuse, and sexual abuse of a physically incapacitated person;

- Oren Alexander guilty of conspiracy to commit sex trafficking, sex trafficking, inducement to travel to engage in unlawful sexual activity, aggravated sexual abuse, sexual abuse of a physically incapacitated person, and sexual exploitation of a minor; and

- Tal Alexander guilty of conspiracy to commit sex trafficking, sex trafficking, sex trafficking of a minor, and inducement to travel to engage in unlawful sexual activity;

IT IS HEREBY ORDERED that, not later than **Wednesday, March 18, 2026**, the parties must meet and confer and propose a joint briefing schedule for any post-trial motions.

IT IS FURTHER ORDERED that Defendants Alon, Oren, and Tal Alexander must appear for sentencing on **Thursday, August 6, 2026, at 10:00 A.M.** The sentencing will take

place in Courtroom **26A** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  Pre-sentencing submissions must be filed not later than **Thursday, July 23, 2026**.

SO ORDERED.

Date: March 10, 2026
New York, NY

VALERIE CAPRONI
United States District Judge