UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

     V.                                                  1:24-cr-00676-VEC

ALON ALEXANDER, OREN ALEXANDER
AND TAL ALEXANDER,

                                Defendants.

-------------------------------------------------------------------X

## NOTE FROM JURY

## PLEASE PRINT

Message:

We have a verdict.

Print Name: [redacted]

Sign Name: [redacted]

Date: March 9, 2026

Time: 5:23

---

### THIS SECTION BELOW IS FOR COURT USE ONLY

COURT EXHIBIT# 5

RECEIVED ON: 3 . 9 , 2026

TIME RECEIVED: 5:25 [ ] A.M. [X] P.M.